# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSLYVANIA

| | |
|---|---|
| MELISSA VOTER, Derivatively on Behalf of OCUGEN, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHANKAR MUSUNURI, KIRSTEN M. CASTILLO, PRABHAVATHI FERNANDES, UDAY KOMPELLA. RAMESH KUMAR, JUNGE ZHANG, MARNA C. WHITTINGTON, SANJAY SUBRAMANIAN, JESSICA CRESPO, QUAN VU, and MICHAEL BREININGER <br><br> Defendants, <br><br> and <br><br> OCUGEN, INC., <br><br> Nominal Defendant. | Case No: <br><br><br> **VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT** <br><br><br><br><br> <u>**JURY TRIAL DEMANDED**</u> |

Plaintiff Melissa Voter ("Plaintiff"), by and through her undersigned counsel, derivatively on behalf of Ocugen, Inc. ("Ocugen" or the "Company"), submits this Verified Shareholder Derivative Complaint (the "Complaint"). Plaintiff's allegations are based upon her personal knowledge as to herself and her own acts, and upon information and belief, developed from the investigation and analysis by Plaintiff's counsel, including a review of publicly available information, including filings by the Company with the U.S. Securities and Exchange Commission ("SEC"), press releases, news reports, analyst reports, investor conference transcripts, publicly available filings in lawsuits, and matters of public record. Plaintiff believes that substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for

discovery.

## **NATURE OF THE ACTION**

1.      This is a shareholder derivative action brought in the right, and for the benefit, of the Company against certain of its officers and directors seeking to remedy the Individual Defendants' (defined below) violations of state and federal law that have occurred from May 8, 2020 through the present (the "Relevant Period") and caused substantial harm to the Company.

2.      Ocugen is a biotechnology company which operates as a clinical stage biopharmaceutical company that is focused on "discovering, developing, and commercializing a pipeline of innovative therapies that address rare and underserved eye diseases." The Company focuses on novel gene and cell therapies and vaccines that improve the health for patients across the world. The Company purports to help identify and develop science to bring something "unique" to the healthcare industry.

3.      Through the Relevant Period, the Individual Defendants made false and/or misleading statements and/or failed to disclose that: (i) Ocugen's financial statements from May 8, 2020 to the present were materially misstated; (ii) Ocugen did not have adequate internal controls; and (iii) as a result, the Individual Defendants' statements about its business, operations, and prospects, were materially false and misleading and/or lacked a reasonable basis at all times.

4.      On April 1, 2024, the truth finally emerged when the Company filed with the SEC a current report on Form 8-K (the "Restatement Announcement"). The Restatement Announcement revealed and identified errors that "relate to the Company's accounting for the estimated costs in one of its collaboration arrangements." Specifically, the Restatement Announcement revealed that "the identified errors will result in a restatement of the following financial statement line-item captions: Collaborative arrangement revenue, Research and

development expenses, Other income (expense), net and Accrued expenses and other current liabilities."

5.      In connection with the Restatement Announcement, Ocugen filed with the SEC a Notification of Late Filing on Form 12b-25 (the "Late Filing Notification"). The Late Filing Notification stated that Ocugen required additional time to prepare and review its financial statements for the Company's upcoming annual report on Form 10-K ("2023 Form 10-K") for the fiscal year ended December 31, 2023 (the "2023 Fiscal Year"). As a result, Ocugen missed the required SEC filing deadline of April 1, 2024.

6.      On this news, the Company's stock price declined $0.16 per share, or 10.38%, from a closing price at $1.54 per share on April 1, 2024, to $1.38 per share at the close of trading on April 2, 2024.

7.      While the Individual Defendants were breaching their fiduciary duties, Defendants Zhang, Castillo, Kompella, Musunuri, Subramanian, Fernandes, Kumar, and Potti breached their fiduciary duties by engaging in lucrative insider sales of Company common stock while the share price was artificially inflated because of their breaches of their fiduciary duties, resulting in aggregate personal proceeds of approximately $38 million.

8.      As a result of the wrongdoing alleged herein, the Company has suffered significant damage which Plaintiff now seeks to remedy.

## JURISDICTION

9.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because Plaintiff's claims raise a federal question under Section 14(a) of the Exchange Act, 15 U.S.C. § 78n(a)(1), Rule 14a-9 of the Exchange Act, 17 C.F.R. § 240.14a-9. Plaintiff's claims also raise a federal question pertaining to the claims made in the Securities Class Action based on violations

of the Exchange Act.  This Court also has jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(a).

10.    This Court has personal jurisdiction over each defendant named herein because each defendant is either a corporation that conducts business in and maintains operations in this District or is an individual who has sufficient minimum contacts with this District to render the exercise of jurisdiction by the courts of this District permissible under traditional notions of fair play and substantial justice.

11.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because: (i) the Company maintains its principal place of business in this District; (ii) one or more of the defendants either resides in or maintains executive offices in this District; (iii) a substantial portion of the transactions and wrongs complained of herein, including Defendants' primary participation in the wrongful acts detailed herein and aiding and abetting and conspiracy in violation of fiduciary duties owed to the Company, occurred in this District; and (iv) Defendants have received substantial compensation in this District by doing business here and engaging in numerous activities that had an effect in this District.

12.    In connection with the acts, transactions, and conduct alleged herein, the Individual Defendants directly and indirectly used the means and instrumentalities of interstate commerce, including the United States mail, interstate telephone communications, and the facilities of a national securities exchange.

## THE PARTIES

### Plaintiff

13.     **Plaintiff Melissa Voter** ("Plaintiff") is, and was at relevant times, a shareholder of the Company.  Plaintiff will fairly and adequately represent the interests of the shareholders in enforcing the rights of the corporation.

**Nominal Defendant**

14.     **Nominal Defendant Ocugen** is a biotechnology company incorporated under the laws of Delaware with its principal executive offices located at 11 Great Valley Parkway, Malvern, Pennsylvania 19355. Ocugen's common stock trades on the NASDAQ Global Market ("NASDAQ") under the ticker symbol "OCGN."

**Director Defendants**

15.     **Defendant Shankar Musunuri** ("Musunuri") served as the Company's Chief Executive Officer ("CEO") throughout the Relevant Period, as well as the interim principal financial officer at times specified below. He co-founded Ocugen in 2013. He also serves as Chairman of the Board of Directors (the "Board").

16.     **Defendant Kirsten M. Castillo** ("Castillo") has served as a director of the Company at all relevant times.  She also serves as the Chair of the Nominating and Corporate Governance Committee and a member of the Audit Committee, Compensation Committee, and Science and Technology Committee.

17.     **Defendant Prabhavathi Fernandes** ("Fernandes") has served as a director of the Company at all relevant times.  Defendant Fernandes also serves as the Chair of the Compensation Committee and a member of the Audit Committee and Science and Technology Committee.

18.     **Defendant Uday Kompella.** ("Kompella") has served as a director of the Company at all relevant times.  Defendant Kompella also serves as Chair of the Science and Technology Committee and a member of the Nominating and Corporate Governance Committee.

19.    **Defendant Ramesh Kumar** ("Kumar") has served as a director of the Company at all relevant times.

20.    **Defendant Junge Zhang** ("Zhang") has served as a director of the Company at all relevant times.  Defendant Zhang also serves as a member of the Nominating and Corporate Governance Committee.

21.    **Defendant Marna C. Whittington** ("Whittington") has served as a director of the Company at all relevant times.  Defendant Whittington also serves as Chair of the Audit Committee and a member of the Compensation Committee.

22.    Defendants Musunuri, Castillo, Fernandes, Kompella, Kumar, Zhang, and Whittington are collectively referred to herein as the "Director Defendants."

**Officer Defendants**

23.    **Defendant Sanjay Subramanian** ("Subramanian") served as the Company's Chief Financial Officer from the beginning of the Relevant Period until March 18, 2022.

24.    **Defendant Jessica Crespo** ("Crespo") has served as the Company's CFO from March 18, 2022 until March 10, 2023.

25.    **Defendant Quan Vu** ("Vu") served as the Company's CFO and Chief Business Officer from March 6, 2023 until August 14, 2023.

26.    **Defendant Breininger** ("Breininger") served as the Corporate Controller, interim Chief Accounting Officer, and Principal Financial Officer from September 15, 2023 to the present.

27.    Defendants Subramanian, Crespo, Vu, and Breininger are collectively referred to herein as the "Officer Defendants."

**Former Director Defendants**

28.     ***Defendant Manish Potti*** ("Potti") served as a Company director from September 2019 until her resignation in March 2022.  Defendant Potti, while a director, served as a member of the Audit Committee.

29.     The Director Defendants, Officer Defendants, and Defendant Potti are collectively referred to herein as the "Individual Defendants."

## SUBSTANTIVE ALLEGATIONS

### Background

30.     Founded in 2013, Ocugen is a Delaware-incorporated biotechnology company headquartered in Malvern, Pennsylvania. Ocugen operates as a clinical stage biopharmaceutical company that is focused on "discovering, developing, and commercializing a pipeline of innovative therapies that address rare and underserved eye diseases." The Company purports to help identify and develop science to bring something "unique" to the healthcare industry.

31.     Ocugen's development projects are listed out in the Company's technology pipeline.  The pipeline includes: (i) a modifier gene therapy platform; (ii) a novel biologic therapy for retinal diseases; (iii) a regenerative medicine cell therapy platform; and (iv) an inhaled mucosal vaccine platform. The Company's product candidates include gene therapies, biologics, cell therapies (regenerative medicine), and vaccines. Ocugen purports that the Company's product candidates have the potential to treat serious conditions and prevent the spread of respiratory diseases such as the flu and COVID-19.

     a.  The modifier gene therapy platform is designed to fulfill unmet medical needs related to retinal diseases, including inherited retinal diseases, Stargardt disease, and multifactorial diseases, a disease that affects the retina. The Company intends to begin dosing patients in a phase 3 trial for treatment of retinitis pigmentosa in

the second quarter of 2024. They also expect to expand development in Leber congenital amaurosis, a rare type of inherited eye disorder that causes severe vision loss, patients in the second half of 2024, subject to alignment with the FDA.

b.  Under novel biologic therapy for retinal diseases, the company is developing a novel fusion protein. So far, the FDA placed the Company's application on clinical hold and the Company is working to lift that hold.

c.  The regenerative medicine cell therapy platform technology combines bioengineering and cell processing to strengthen the autologous cartilage repair process. The Company intends to initiate the phase 3 trial where chondroplasty will be used as a control group in the second half of 2024, subject to adequate funding.

d.  Under the inhaled mucosal vaccine program, the Company has a license agreement with the Washington University in St. Louis to develop, manufacture, and commercialize an inhaled mucosal COVID-19 vaccine for the prevention of COVID-19 around the world. Clinical trials are expected to begin in the middle of 2024.

32.     The Company strategizes that the expansion and exploration of partnerships with key collaborators will help maximize patient access, global reach, and the value of Ocugen's products to candidates. The collaboration arrangements are typically with pharmaceutical companies or other biotechnology institutions. For example, Ocugen is in an agreement with CanSinoBIO for the development and commercialization of the Company's modifier gene therapy platform.

33.     The Company gives collaborators discretion in determining the efforts and resources then applied to collaboration arrangements.  Thus, the Company has limited control over

resources that collaborators dedicate to the development or commercialization of Ocugen's product candidates. As a result, disagreements between parties to a collaboration agreement can lead to delays in the development process or commercialization of the applicable product candidate.

## <u>MATERIALLY FALSE AND MISLEADING STATEMENTS</u>

34.    On May 8, 2020, Ocugen filed with the SEC its quarterly report on Form 10-Q for the period ending March 31, 2020 (the "1Q20 Report"). Attached to the 1Q20 Report were certifications pursuant to the Sarbanes-Oxley Act of 2002 ("SOX") signed by Defendants Musunuri and Subramanian attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting and the disclosure of all fraud.

35.    The 1Q20 Report contained the following statement regarding the Company's Internal controls:

> *We have carried out an evaluation, under the supervision and with the participation of our management, including our principal executive officer and principal financial officer, of the effectiveness of the design and operation of our disclosure controls and procedures (as defined in Rules 13a-15(e) and 15d-15(e) under the Securities Exchange Act of 1934, as amended) (the "Exchange Act"), as of March 31, 2020*. Based upon that evaluation, our principal executive officer and principal financial officer concluded that, as of the end of the period covered by this report, *our disclosure controls and procedures are effective in ensuring that (a) the information required to be disclosed by us in the reports that we file or submit under the Exchange Act is recorded, processed, summarized and reported within the time periods specified in the SEC's rules and forms*, and (b) such information is accumulated and communicated to our management, including our principal executive officer and principal financial officer, as appropriate to allow timely decisions regarding required disclosure. In designing and evaluating our disclosure controls and procedures, our management recognized that any controls and procedures, no matter how well designed and operated, can provide only reasonable assurance of achieving the desired control objectives, and our management necessarily

9

was required to apply its judgment in evaluating the cost-benefit relationship of possible controls and procedures  [Emphasis added].

36.    The above-referenced statement was materially false and misleading at the time it was made because the Company lacked adequate internal controls, as the Company had materially misstated its financial results for the quarter.

37.    The 1Q20 Report further contained the following financial statements:

**OCUGEN, INC.**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(Unaudited)**

| | March 31, 2020 | December 31, 2019 |
|---|---|---|
| **Assets** | | |
| Current assets | | |
| Cash and cash equivalents | $ 3,193,188 | $ 7,444,052 |
| Prepaid expenses and other current assets | 1,169,297 | 1,322,167 |
| Asset held for sale | 7,000,000 | 7,000,000 |
| Total current assets | 11,362,485 | 15,766,219 |
| Property and equipment, net | 248,997 | 222,464 |
| Restricted cash | 151,100 | 151,016 |
| Other assets | 551,163 | 667,747 |
| **Total assets** | $ 12,313,745 | $ 16,807,446 |
| **Liabilities and stockholders' equity** | | |
| Current liabilities | | |
| Accounts payable | $ 1,548,309 | $ 1,895,613 |
| Accrued expenses | 1,383,658 | 2,270,045 |
| Operating lease obligation | 176,616 | 172,310 |
| Other current liabilities | 206,415 | 205,991 |
| Total current liabilities | 3,314,998 | 4,543,959 |
| Non-current liabilities | | |
| Operating lease obligation, less current portion | 117,142 | 163,198 |
| Long term debt, net | 1,580,560 | 1,072,123 |
| Other non-current liabilities | 3,940 | 9,755 |
| Total non-current liabilities | 1,701,642 | 1,245,076 |
| Total liabilities | 5,016,640 | 5,789,035 |
| Commitments and contingencies (Note 8) | | |
| Stockholders' equity | | |
| Convertible preferred stock, $0.01 par value, 10,000,000 shares authorized, seven issued and outstanding at March 31, 2020 and December 31, 2019 | — | — |
| Common stock, $0.01 par value, 200,000,000 authorized, 52,746,728 shares issued and 52,625,228 shares outstanding at March 31, 2020 and December 31, 2019 | 527,467 | 527,467 |
| Treasury Stock, at cost, 121,500 shares at March 31, 2020 and December 31, 2019 | (47,864) | (47,864) |
| Additional paid-in capital | 62,241,145 | 62,018,632 |
| Accumulated deficit | (55,423,643) | (51,479,824) |
| Total stockholders' equity | 7,297,105 | 11,018,411 |
| **Total liabilities and stockholders' equity** | $ 12,313,745 | $ 16,807,446 |

**OCUGEN, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE LOSS**
**(Unaudited)**

| | Three months ended March 31, | |
| | 2020 | 2019 |
|---|---|---|
| Operating expenses | | |
| Research and development | $ 1,652,318 | $ 3,793,022 |
| General and administrative | 2,276,784 | 1,048,020 |
| Total operating expenses | 3,929,102 | 4,841,042 |
| Loss from operations | (3,929,102) | (4,841,042) |
| Other income (expense) | | |
| Change in fair value of derivative liabilities | — | (776,273) |
| Interest income | 119 | 594 |
| Interest expense | (14,749) | (695,469) |
| Other income (expense) | (87) | (416) |
| Total other income (expense) | (14,717) | (1,471,564) |
| Net loss | $ (3,943,819) | $ (6,312,606) |
| Net loss per share of common stock — basic and diluted | $ (0.07) | $ (1.27) |
| Weighted average common shares outstanding — basic and diluted | 52,627,228 | 4,960,552 |
| | | |
| Other comprehensive income (loss) | | |
| Foreign currency translation adjustment | — | (282) |
| Comprehensive loss | $ (3,943,819) | $ (6,312,888) |

11

**OCUGEN, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(Unaudited)**

| | Three months ended March 31, | |
| --- | --- | --- |
| | 2020 | 2019 |
| **Cash flows from operating activities** | | |
| Net loss | $ (3,943,819) | $ (6,312,606) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Depreciation expense | 18,283 | 14,604 |
| Non-cash interest expense | 14,749 | 695,469 |
| Non-cash lease expense | 47,696 | 73,273 |
| Change in fair value of derivative liability | — | 776,273 |
| Stock-based compensation expense | 222,513 | 415,202 |
| Changes in assets and liabilities: | | |
| Prepaid expenses and other assets | 227,870 | 49,555 |
| Accounts payable and accrued expenses | (1,225,853) | 1,723,507 |
| Lease obligations | (47,862) | (102,488) |
| **Net cash used in operating activities** | (4,686,423) | (2,667,211) |
| **Cash flows from investing activities** | | |
| Purchase of property and equipment | (52,653) | (10,581) |
| **Net cash used in investing activities** | (52,653) | (10,581) |
| **Cash flows from financing activities** | | |
| Financing lease principal payments | (5,964) | (5,964) |
| Payment of debt issuance costs | (5,740) | (85,233) |
| Proceeds from issuance of debt | 500,000 | 1,450,000 |
| **Net cash provided by financing activities** | 488,296 | 1,358,803 |
| **Effect of changes in exchange rate on cash** | — | (282) |
| **Net decrease in cash, cash equivalents and restricted cash** | (4,250,780) | (1,319,271) |
| **Cash, cash equivalents and restricted cash at beginning of period** | 7,595,068 | 1,778,613 |
| **Cash, cash equivalents and restricted cash at end of period** | $ 3,344,288 | $ 459,342 |
| **Supplemental disclosure of non-cash transactions:** | | |
| Right-of-use asset related to operating leases (Note 8) | $ — | $ 427,751 |

38.    The financial statements provided *supra* were materially false and misleading, as the Company later admitted that they could not be relied on.

39.    On August 14, 2020, Ocugen filed with the SEC its quarterly report on Form 10-Q for the period ending June 30, 2020 (the "2Q20 Report").  Attached to the 2Q20 Report were certifications pursuant to SOX signed by Defendants Musunuri and Subramanian attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting and the disclosure of all fraud.

12

40.    The 2Q20 Report contained the following statement regarding the Company's internal controls:

> *We have carried out an evaluation, under the supervision and with the participation of our management, including our principal executive officer and principal financial officer, of the effectiveness of the design and operation of our disclosure controls and procedures (as defined in Rules 13a-15(e) and 15d-15(e) under the Securities Exchange Act of 1934, as amended) (the "Exchange Act"), as of June 30, 2020.* Based upon that evaluation, our principal executive officer and principal financial officer concluded that, as of the end of the period covered by this report, *our disclosure controls and procedures are effective in ensuring that (a) the information required to be disclosed by us in the reports that we file or submit under the Exchange Act is recorded, processed, summarized and reported within the time periods specified in the SEC's rules and forms*, and (b) such information is accumulated and communicated to our management, including our principal executive officer and principal financial officer, as appropriate to allow timely decisions regarding required disclosure. In designing and evaluating our disclosure controls and procedures, our management recognized that any controls and procedures, no matter how well designed and operated, can provide only reasonable assurance of achieving the desired control objectives, and our management necessarily was required to apply its judgment in evaluating the cost-benefit relationship of possible controls and procedures.  [Emphasis added].

41.    The above-referenced statement was materially false and misleading at the time it was made because the Company lacked adequate internal controls, as the Company had materially misstated its financial results for the quarter.

42.    The 2Q20 Report contained the following financial statements:

**OCUGEN, INC.**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(Unaudited)**

|  | June 30, 2020 |
|---|---:|
| **Assets** | |
| Current assets | |
|    Cash and cash equivalents | $ 14,968,161 |
|   Prepaid expenses and other current assets | 924,500 |
|   Asset held for sale | 7,000,000 |
| Total current assets | 22,892,661 |
| Property and equipment, net | 232,354 |
| Restricted cash | 151,157 |
| Other assets | 482,711 |
| **Total assets** | $ 23,758,883 |
| **Liabilities and stockholders' equity** | |
| Current liabilities | |
|    Accounts payable | $ 507,864 |
|   Accrued expenses | 2,084,915 |
|    Short-term debt, net | 4,068,176 |
|   Operating lease obligation | 175,538 |
|   Other current liabilities | 204,860 |
| Total current liabilities | 7,041,353 |
| Non-current liabilities | |
|   Operating lease obligation, less current portion | 75,577 |
|   Long term debt, net | 2,018,926 |
|   Other non-current liabilities | — |
| Total non-current liabilities | 2,094,503 |
| Total liabilities | 9,135,856 |
| Commitments and contingencies (Note 11) | |
| Stockholders' equity | |
| Convertible preferred stock; $0.01 par value; 10,000,000 shares authorized; seven issued and outstanding at June 30, 2020 and December 31, 2019 | — |
| Common stock; $0.01 par value; 200,000,000 authorized; 135,128,144 and 52,746,728 shares issued at June 30, 2020 and December 31, 2019, respectively; 135,006,644 and 52,625,228 shares outstanding at June 30, 2020 and December 31, 2019, respectively | 1,351,281 |
| Treasury Stock, at cost, 121,500 shares at June 30, 2020 and December 31, 2019 | (47,864) |
| Additional paid-in capital | 72,357,228 |
| Accumulated deficit | (59,037,618) |
| Total stockholders' equity | 14,623,027 |
| **Total liabilities and stockholders' equity** | $ 23,758,883 |

**OCUGEN, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE LOSS**
**(Unaudited)**

| | Three months ended June 30, | | Six months ended June 30, | |
|---|---|---|---|---|
| | 2020 | 2019 | 2020 | 2019 |
| Revenues | | | | |
| Collaboration revenue | $ 42,620 | $ — | $ 42,620 | $ — |
| Total revenues | 42,620 | — | 42,620 | — |
| Operating expenses | | | | |
| Research and development | 1,629,869 | 1,240,047 | 3,282,187 | 5,033,069 |
| General and administrative | 1,779,016 | 1,088,477 | 4,055,800 | 2,136,497 |
| Total operating expenses | 3,408,885 | 2,328,524 | 7,337,987 | 7,169,566 |
| Loss from operations | (3,366,265) | (2,328,524) | (7,295,367) | (7,169,566) |
| Other income (expense) | | | | |
| Change in fair value of derivative liabilities | — | (608,149) | — | (1,384,422) |
| Loss on debt conversion | — | (341,136) | — | (341,136) |
| Interest income | 433 | 377 | 552 | 971 |
| Interest expense | (248,143) | (261,562) | (262,892) | (957,031) |
| Other income (expense) | — | 184 | (87) | (232) |
| Total other income (expense) | (247,710) | (1,210,286) | (262,427) | (2,681,850) |
| Net loss | $ (3,613,975) | $ (3,538,810) | $ (7,557,794) | $ (9,851,416) |
| Deemed dividend related to Warrant Exchange | (12,546,340) | — | (12,546,340) | — |
| Net loss to common stockholders | $ (16,160,315) | $ (3,538,810) | $ (20,104,134) | $ (9,851,416) |
| | | | | |
| Shares used in calculating net loss per common share — basic and diluted | 83,537,463 | 6,067,401 | 68,082,346 | 5,461,576 |
| Net loss per share of common stock — basic and diluted | $ (0.19) | $ (0.58) | $ (0.30) | $ (1.80) |
| | | | | |
| Net loss | $ (3,613,975) | $ (3,538,810) | $ (7,557,794) | $ (9,851,416) |
| Other comprehensive income (loss) | | | | |
| Foreign currency translation adjustment | — | (169) | — | (451) |
| Comprehensive loss | $ (3,613,975) | $ (3,538,979) | $ (7,557,794) | $ (9,851,867) |

See accompanying notes to condensed consolidated financial statements.

**OCUGEN, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
(Unaudited)

| | Six months ended June 30, | |
|---|---|---|
| | 2020 | 2019 |
| **Cash flows from operating activities** | | |
| Net loss | $ (7,557,794) | $ (9,851,416) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Depreciation expense | 37,760 | 19,259 |
| Non-cash interest expense | 262,892 | 937,772 |
| Non-cash lease expense | 95,392 | 154,969 |
| Change in fair value of derivative liability | — | 1,384,422 |
| Stock-based compensation expense | 371,722 | 527,009 |
| Loss on debt conversion | — | 341,136 |
| Other non-cash | (165,609) | — |
| Changes in assets and liabilities: | | |
| Prepaid expenses and other assets | 498,836 | (32,986) |
| Other assets | — | (25,000) |
| Accounts payable and accrued expenses | (1,219,887) | 653,767 |
| Lease obligations | (95,918) | (139,857) |
| **Net cash used in operating activities** | (7,772,606) | (6,030,925) |
| **Cash flows from investing activities** | | |
| Purchase of property and equipment | (34,458) | (2,067) |
| Payment of reverse asset acquisition costs | — | (130,000) |
| **Net cash used in investing activities** | (34,458) | (132,067) |
| **Cash flows from financing activities** | | |
| Financing lease principal payments | (11,928) | (1,021) |
| Proceeds from issuance of common stock | 16,160,239 | 1,000,000 |
| Payment of equity issuance costs | (592,952) | — |
| Proceeds from issuance of debt | 921,415 | 4,300,000 |
| Payments of debt issuance costs | (5,740) | (85,233) |
| Repayments of debt | (1,139,720) | — |
| **Net cash provided by financing activities** | 15,331,314 | 5,213,746 |
| **Effect of changes in exchange rate on cash** | — | (99) |
| **Net increase (decrease) in cash, cash equivalents and restricted cash** | 7,524,250 | (949,345) |
| **Cash, cash equivalents and restricted cash at beginning of period** | 7,595,068 | 1,778,613 |
| **Cash, cash equivalents and restricted cash at end of period** | $ 15,119,318 | $ 829,268 |
| **Supplemental disclosure of non-cash transactions:** | | |
| Issuance of Warrant Exchange Promissory Notes | $ 5,625,000 | $ — |
| Obligation settled with common stock | $ 331,218 | $ — |
| Conversion of convertible notes | $ — | $ 13,979,788 |
| Deferred transaction costs | $ — | $ 1,937,100 |
| Right-of-use asset related to operating leases | $ — | $ 470,356 |
| Deferred equity issuance costs | $ 130,074 | $ 152,157 |

43.    The financial statements provided *supra* were materially false and misleading, as the Company later admitted that they could not be relied on.

44.     On November 6, 2020, Ocugen filed with the SEC its quarterly report on Form 10-Q for the period ending September 30, 2020 (the "3Q20 Report").  Attached to the 3Q20 Report were certifications pursuant to SOX signed by Defendants Musunuri and Subramanian attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting and the disclosure of all fraud.

45.     The 3Q20 Report contained the following statement regarding the Company's internal controls:

> ***We have carried out an evaluation, under the supervision and with the participation of our management, including our principal executive officer and principal financial officer, of the effectiveness of the design and operation of our disclosure controls and procedures (as defined in Rules 13a-15(e) and 15d-15(e) under the Exchange Act, as of September 30, 2020***. Based upon that evaluation, our principal executive officer and principal financial officer concluded that, as of the end of the period covered by this report, ***our disclosure controls and procedures are effective in ensuring that (a) the information required to be disclosed by us in the reports that we file or submit under the Exchange Act is recorded, processed, summarized and reported within the time periods specified in the SEC's rules and forms***, and (b) such information is accumulated and communicated to our management, including our principal executive officer and principal financial officer, as appropriate to allow timely decisions regarding required disclosure. In designing and evaluating our disclosure controls and procedures, our management recognized that any controls and procedures, no matter how well designed and operated, can provide only reasonable assurance of achieving the desired control objectives, and our management necessarily was required to apply its judgment in evaluating the cost-benefit relationship of possible controls and procedures.  [Emphasis added].

46.     The above-referenced statement was materially false and misleading at the time it was made because the Company lacked adequate internal controls, as the Company had materially misstated its financial results for the quarter.

47.     The 3Q20 Report contained the following financial statements:

OCUGEN, INC.

CONDENSED CONSOLIDATED BALANCE SHEETS

(Unaudited)

| | September 30, 2020 |
|---|---|
| **Assets** | |
| Current assets | |
| Cash and cash equivalents | $ 19,105,830 |
| Prepaid expenses and other current assets | 652,893 |
| Asset held for sale | — |
| Total current assets | 19,758,723 |
| Property and equipment, net | 214,100 |
| Restricted cash | 151,196 |
| Other assets | 415,555 |
| **Total assets** | $ 20,539,574 |
| **Liabilities and stockholders' equity** | |
| Current liabilities | |
| Accounts payable | $ 222,340 |
| Accrued expenses | 2,333,733 |
| Short-term debt, net | 1,210,645 |
| Operating lease obligation | 164,808 |
| Other current liabilities | 199,261 |
| Total current liabilities | 4,130,787 |
| Non-current liabilities | |
| Operating lease obligation, less current portion | 42,746 |
| Long term debt, net | 1,944,396 |
| Other non-current liabilities | — |
| Total non-current liabilities | 1,987,142 |
| Total liabilities | 6,117,929 |
| Commitments and contingencies (Note 11) | |
| Stockholders' equity | |
| Convertible preferred stock; $0.01 par value; 10,000,000 shares authorized; seven issued and outstanding at September 30, 2020 and December 31, 2019 | — |
| Common stock; $0.01 par value; 200,000,000 authorized; 162,147,973 and 52,746,728 shares issued at September 30, 2020 and December 31, 2019, respectively; 162,026,473 and 52,625,228 shares outstanding at September 30, 2020 and December 31, 2019, respectively | 1,621,480 |
| Treasury Stock, at cost, 121,500 shares at September 30, 2020 and December 31, 2019 | (47,864) |
| Additional paid-in capital | 82,359,494 |
| Accumulated deficit | (69,511,465) |
| Total stockholders' equity | 14,421,645 |
| **Total liabilities and stockholders' equity** | $ 20,539,574 |

See accompanying notes to condensed consolidated financial statements.

OCUGEN, INC.

CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE LOSS

(Unaudited)

| | Three months ended September 30, | | Nine months ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2020 | 2019 | 2020 | 2019 |
| Revenues | | | | |
| Collaboration revenue | $ — | $ — | $ 42,620 | $ — |
| Total revenues | — | — | 42,620 | — |
| Operating expenses | | | | |
| Research and development | 1,477,382 | 1,305,461 | 4,759,569 | 6,338,530 |
| In-process research and development | 7,000,000 | — | 7,000,000 | — |
| General and administrative | 1,704,598 | 1,408,350 | 5,760,398 | 3,544,847 |
| Total operating expenses | 10,181,980 | 2,713,811 | 17,519,967 | 9,883,377 |
| Loss from operations | (10,181,980) | (2,713,811) | (17,477,347) | (9,883,377) |
| Other income (expense) | | | | |
| Change in fair value of derivative liabilities | — | (18,512,204) | — | (19,896,626) |
| Loss on debt conversion | — | — | — | (341,136) |
| Interest income | 42 | 136 | 594 | 1,107 |
| Interest expense | (291,909) | (796,141) | (554,801) | (1,753,172) |
| Other income (expense) | — | (751,261) | (87) | (751,493) |
| Total other income (expense) | (291,867) | (20,059,470) | (554,294) | (22,741,320) |
| Net loss | $ (10,473,847) | $ (22,773,281) | $ (18,031,641) | $ (32,624,697) |
| Deemed dividend related to Warrant Exchange | — | — | (12,546,340) | — |
| Net loss to common stockholders | $ (10,473,847) | $ (22,773,281) | $ (30,577,981) | $ (32,624,697) |
| | | | | |
| Shares used in calculating net loss per common share — basic and diluted | 141,591,218 | 6,411,308 | 92,764,157 | 5,839,840 |
| Net loss per share of common stock — basic and diluted | $ (0.07) | $ (3.55) | $ (0.33) | $ (5.59) |
| | | | | |
| Net loss | $ (10,473,847) | $ (22,773,281) | $ (18,031,641) | $ (32,624,697) |
| Other comprehensive income (loss) | | | | |
| Foreign currency translation adjustment | — | — | — | (451) |
| Comprehensive loss | $ (10,473,847) | $ (22,773,281) | $ (18,031,641) | $ (32,625,148) |

See accompanying notes to condensed consolidated financial statements.

**OCUGEN, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(Unaudited)**

| | Nine months ended September 30, | |
|---|---|---|
| | 2020 | 2019 |
| **Cash flows from operating activities** | | |
| Net loss | $ (18,031,641) | $ (32,624,697) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Depreciation expense | 57,565 | 34,626 |
| Non-cash interest expense | 554,801 | 1,718,546 |
| Non-cash lease expense | 142,947 | 202,665 |
| In-process research and development expense | 7,000,000 | — |
| Change in fair value of derivative liability | — | 19,896,626 |
| Stock-based compensation expense | 498,012 | 720,014 |
| Loss on debt conversion | — | 341,136 |
| Other non-cash | (165,609) | — |
| Changes in assets and liabilities: | | |
| Prepaid expenses and other assets | 794,398 | (280,838) |
| Accounts payable and accrued expenses | (1,133,092) | 2,044,901 |
| Lease obligations | (143,834) | (202,338) |
| **Net cash used in operating activities** | (10,426,453) | (8,149,359) |
| **Cash flows from investing activities** | | |
| Purchase of property and equipment | (55,488) | (2,067) |
| Payment of reverse asset acquisition costs | — | (2,334,063) |
| **Net cash used in investing activities** | (55,488) | (2,336,130) |
| **Cash flows from financing activities** | | |
| Financing lease principal payments | (17,892) | (16,985) |
| Proceeds from issuance of common stock | 26,692,377 | 999,832 |
| Payment of equity issuance costs | (1,083,990) | (649,254) |
| Proceeds from issuance of debt | 921,415 | 6,800,000 |
| Payments of debt issuance costs | (5,740) | (122,262) |
| Repayments of debt | (4,362,271) | (5,290,000) |
| Proceeds from Pre-Merger Financing | — | 22,437,537 |
| **Net cash provided by financing activities** | 22,143,899 | 24,158,868 |
| **Effect of changes in exchange rate on cash** | — | — |
| **Net increase in cash, cash equivalents and restricted cash** | 11,661,958 | 13,673,379 |
| **Cash, cash equivalents and restricted cash at beginning of period** | 7,595,068 | 1,778,613 |
| **Cash, cash equivalents and restricted cash at end of period** | $ 19,257,026 | $ 15,451,992 |
| **Supplemental disclosure of non-cash transactions:** | | |
| Issuance of Warrant Exchange Promissory Notes | $ 5,625,000 | $ — |
| Obligation settled with common stock | $ 331,218 | $ — |
| Conversion of convertible notes | $ — | $ 13,979,788 |
| Right-of-use asset related to operating leases | $ — | $ 470,356 |
| Equity issuance costs | $ 25,000 | $ 1,150,000 |
| Reverse asset acquisition costs | $ — | $ 2,711,431 |

48.     The financial statements provided *supra* were materially false and misleading, as the Company later admitted that they could not be relied on.

49.     On March 19, 2021, Ocugen filed with the SEC its 2020 Annual Report on Form 10-K for the year ended December 31, 2020 (the "2020 Annual Report"). The 2020 Annual Report was signed by Defendants Musunuri, Subramanian Kumar, Zhang, Kompella, Potti, Castillo, and

Fernandes. Attached to the 2020 Annual Report were certifications pursuant to SOX signed by Defendants Musunuri and Subramanian attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting and the disclosure of all fraud.

50.    The 2020 Annual Report contained the following statement regarding the Company's internal controls:

> *We have carried out an evaluation, under the supervision and with the participation of our management, including our principal executive officer and principal financial officer, of the effectiveness of the design and operation of our disclosure controls and procedures (as defined in Rules 13a-15(e) and 15d-15(e) under the Securities Exchange Act of 1934, as amended (the "Exchange Act")) as of December 31, 2020*. Based upon that evaluation, our principal executive officer and principal financial officer concluded that, as of the end of the period covered by this report, *our disclosure controls and procedures are effective in ensuring that (a) the information required to be disclosed by us in the reports that we file or submit under the Exchange Act is recorded, processed, summarized and reported within the time periods specified in the SEC's rules and forms*, and (b) such information is accumulated and communicated to our management, including our principal executive officer and principal financial officer, as appropriate to allow timely decisions regarding required disclosure. In designing and evaluating our disclosure controls and procedures, our management recognized that any controls and procedures, no matter how well designed and operated, can provide only reasonable assurance of achieving the desired control objectives, and our management necessarily was required to apply its judgment in evaluating the cost-benefit relationship of possible controls and procedures.  [Emphasis added].

51.    The above-referenced statement was materially false and misleading at the time it was made because the Company lacked adequate internal controls, as the Company had materially misstated its financial results for the 2020 fiscal year.

52.    The 2020 Annual Report contained the following financial statements:

*Comparison of the Years Ended December 31, 2020 and 2019*

The following table summarizes the results of our operations for the years ended December 31, 2020 and 2019:

| (in thousands) | Year ended December 31, | | Change |
| --- | --- | --- | --- |
| | 2020 | 2019 | |
| Revenues | | | |
| Collaboration revenue | $ 43 | $ — | $ 43 |
| Total revenues | 43 | — | 43 |
| Operating expenses | | | |
| Research and development | $ 6,353 | $ 8,086 | $ (1,733) |
| In-process research and development | 7,000 | — | 7,000 |
| General and administrative | 7,974 | 6,077 | 1,897 |
| Total operating expenses | 21,327 | 14,163 | 7,164 |
| Loss from operations | (21,284) | (14,163) | (7,121) |
| Other income (expense) | | | |
| Change in fair value of derivative liabilities | — | (3,187) | 3,187 |
| Loss on debt conversion | — | (341) | 341 |
| Interest income | 1 | 1 | — |
| Interest expense | (721) | (1,768) | 1,047 |
| Other income (expense) | 183 | (785) | 968 |
| Total other income (expense) | (537) | (6,080) | 5,543 |
| Net loss | $ (21,821) | $ (20,243) | $ (1,578) |

OCUGEN, INC.

### CONSOLIDATED BALANCE SHEETS

|  | | December 31, 2020 |
|---|---|---|
| **Assets** | | |
| Current assets | | |
| Cash and cash equivalents | $ | 24,039,325 |
| Prepaid expenses and other current assets | | 1,838,357 |
| Asset held for sale | | — |
| Total current assets | | 25,877,682 |
| Property and equipment, net | | 632,967 |
| Restricted cash | | 151,226 |
| Other assets | | 714,477 |
| **Total assets** | $ | 27,376,352 |
| **Liabilities and stockholders' equity** | | |
| Current liabilities | | |
| Accounts payable | $ | 395,034 |
| Accrued expenses | | 2,930,395 |
| Short-term debt, net | | 234,119 |
| Operating lease obligation | | 44,248 |
| Other current liabilities | | 9,755 |
| Total current liabilities | | 3,613,551 |
| Non-current liabilities | | |
| Operating lease obligation, less current portion | | 389,317 |
| Long term debt, net | | 1,823,043 |
| Other non-current liabilities | | — |
| Total non-current liabilities | | 2,212,360 |
| Total liabilities | | 5,825,911 |
| Commitments and contingencies (Note 15) | | |
| Stockholders' equity | | |
| Convertible preferred stock; $0.01 par value; 10,000,000 shares authorized; seven issued and outstanding shares at December 31, 2020 and 2019 | | — |
| Common stock; $0.01 par value; 200,000,000 authorized; 184,133,384 and 52,746,728 shares issued at December 31, 2020 and 2019, respectively; 184,011,884 and 52,625,228 shares outstanding at December 31, 2020 and 2019, respectively | | 1,841,334 |
| Treasury Stock, at cost, 121,500 shares at December 31, 2020 and 2019 | | (47,864) |
| Additional paid-in capital | | 93,058,748 |
| Accumulated deficit | | (73,301,777) |
| Total stockholders' equity | | 21,550,441 |
| **Total liabilities and stockholders' equity** | $ | 27,376,352 |

See accompanying notes to consolidated financial statements.

## OCUGEN, INC.

### CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE LOSS

|  | Year ended December 31, | |
|---|---|---|
|  | 2020 | 2019 |
| Revenues |  |  |
| Collaboration revenue | $ 42,620 | $ — |
| Total revenues | 42,620 | — |
| Operating expenses |  |  |
| Research and development | 6,353,287 | 8,085,522 |
| In-process research and development | 7,000,000 | — |
| General and administrative | 7,974,050 | 6,077,097 |
| Total operating expenses | 21,327,337 | 14,162,619 |
| Loss from operations | (21,284,717) | (14,162,619) |
| Other income (expense) |  |  |
| Change in fair value of derivative liabilities | — | (3,187,380) |
| Loss on debt conversion | — | (341,136) |
| Interest income | 1,065 | 1,214 |
| Interest expense | (720,963) | (1,767,836) |
| Other income (expense) | 182,662 | (784,873) |
| Total other income (expense) | (537,236) | (6,080,011) |
| Net loss | $ (21,821,953) | $ (20,242,630) |
| Deemed dividend related to Warrant Exchange | (12,546,340) | — |
| Net loss to common stockholders | $ (34,368,293) | $ (20,242,630) |
|  |  |  |
| Shares used in calculating net loss per common share — basic and diluted | 112,236,110 | 13,893,819 |
| Net loss per share of common stock — basic and diluted | $ (0.31) | $ (1.46) |
|  |  |  |
| Net loss | $ (21,821,953) | $ (20,242,630) |
| Other comprehensive income (loss) |  |  |
| Foreign currency translation adjustment | — | (451) |
| Comprehensive loss | $ (21,821,953) | $ (20,243,081) |

**OCUGEN, INC.**

**CONSOLIDATED STATEMENTS OF CASH FLOWS**

| | Year ended December 31, | | |
|---|---|---|---|
| | 2020 | | 201 |
| **Cash flows from operating activities** | | | |
| Net loss | $ | (21,821,953) | $ | (20,2 |
| Adjustments to reconcile net loss to net cash used in operating activities: | | | |
| Depreciation expense | | 102,110 | |
| Non-cash interest expense | | 720,963 | 1,7 |
| Non-cash lease expense | | 189,424 | 2 |
| In-process research and development expense | | 7,000,000 | |
| Change in fair value of derivative liability | | — | 3,1 |
| Stock-based compensation expense | | 660,317 | 8 |
| Loss on debt conversion | | — | 3 |
| Other non-cash | | (349,409) | |
| Changes in assets and liabilities: | | | |
| Prepaid expenses and other current assets | | (369,846) | (1,0 |
| Accounts payable and accrued expenses | | (540,847) | (1,6 |
| Other assets | | (104,000) | (2 |
| Lease obligations | | (195,489) | (2 |
| **Net cash used in operating activities** | | (14,708,730) | (16,8 |
| **Cash flows from investing activities** | | | |
| Purchase of property and equipment | | (306,825) | ( |
| Payment of reverse asset acquisition costs | | — | (2,3 |
| **Net cash used in investing activities** | | (306,825) | (2,3 |
| **Cash flows from financing activities** | | | |
| Financing lease principal payments | | (23,856) | ( |
| Proceeds from issuance of common stock | | 37,822,025 | 1,1 |
| Payment of equity issuance costs | | (1,477,806) | |
| Proceeds from issuance of debt | | 921,415 | 6,8 |
| Payments of debt issuance costs | | (5,740) | ( |
| Repayments of debt | | (5,625,000) | (5,2 |
| Purchases of treasury stock | | — | ( |
| Proceeds from Pre-Merger Financing | | — | 22,5 |
| **Net cash provided by financing activities** | | 31,611,038 | 25,0 |
| **Net increase in cash, cash equivalents and restricted cash** | | 16,595,483 | 5,8 |
| **Cash, cash equivalents and restricted cash at beginning of period** | | 7,595,068 | 1,7 |
| **Cash, cash equivalents and restricted cash at end of period** | $ | 24,190,551 | $ | 7,5 |
| **Supplemental disclosure of non-cash transactions:** | | | |
| Issuance of Warrant Exchange Promissory Notes | $ | 5,625,000 | $ | |
| Obligation settled with common stock | $ | 331,218 | $ | |
| Purchase of property and equipment | $ | 213,625 | $ | |
| Conversion of convertible notes | $ | — | $ | 13,9 |
| Right-of-use assets related to operating leases | $ | 179,599 | $ | 4 |
| Equity issuance costs | $ | 4,029 | $ | 1,1 |
| Reverse asset acquisition costs | $ | — | $ | 2,2 |

53.    The financial statements provided *supra* were materially false and misleading, as the Company later admitted that they could not be relied on.

54.    On May 7, 2021, Ocugen filed with the SEC its quarterly report on Form 10-Q for the period ended March 31, 2021 (the "1Q21 Report"). Attached to the 1Q21 Report were certifications pursuant to SOX signed by Defendants Musunuri and Subramanian attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting and the disclosure of all fraud.

55.    The 1Q21 Report contained the following statement regarding the Company's internal controls:

> ***We have carried out an evaluation, under the supervision and with the participation of our management, including our principal executive officer and principal financial officer, of the effectiveness of the design and operation of our disclosure controls and procedures (as defined in Rules 13a-15(e) and 15d-15(e) under the Securities Exchange Act of 1934, as amended (the "Exchange Act"), as of March 31, 2021.*** Based upon that evaluation, our principal executive officer and principal financial officer concluded that, as of the end of the period covered by this report, ***our disclosure controls and procedures are effective in ensuring that (a) the information required to be disclosed by us in the reports that we file or submit under the Exchange Act is recorded, processed, summarized, and reported within the time periods specified in the SEC's rules and forms***, and (b) such information is accumulated and communicated to our management, including our principal executive officer and principal financial officer, as appropriate to allow timely decisions regarding required disclosure. In designing and evaluating our disclosure controls and procedures, our management recognized that any controls and procedures, no matter how well designed and operated, can provide only reasonable assurance of achieving the desired control objectives, and our management necessarily was required to apply its judgment in evaluating the cost-benefit relationship of possible controls and procedures.  [Emphasis added].

56.    The above-referenced statement was materially false and misleading at the time it was made because the Company lacked adequate internal controls, as the Company had materially misstated its financial results for the quarter.

57.    The 1Q21 Report contained the following financial statements:

OCUGEN, INC.

CONDENSED CONSOLIDATED BALANCE SHEETS

(in thousands, except share and per share amounts)

(Unaudited)

|  | | March 31, 2021 |
|---|---|---|
| **Assets** | | |
| Current assets | | |
| Cash and cash equivalents | $ | 44,792 |
| Advance for COVAXIN supply | | 4,988 |
| Prepaid expenses and other current assets | | 1,576 |
| Total current assets | | 51,356 |
| Property and equipment, net | | 762 |
| Restricted cash | | 151 |
| Other assets | | 1,578 |
| **Total assets** | $ | 53,847 |
| **Liabilities and stockholders' equity** | | |
| Current liabilities | | |
| Accounts payable | $ | 1,040 |
| Accrued expenses and other current liabilities | | 2,703 |
| Short-term debt, net | | 374 |
| Operating lease obligation | | 164 |
| Total current liabilities | | 4,281 |
| Non-current liabilities | | |
| Operating lease obligation, less current portion | | 1,375 |
| Long term debt, net | | 1,702 |
| Total non-current liabilities | | 3,077 |
| Total liabilities | | 7,358 |
| Commitments and contingencies (Note 11) | | |
| Stockholders' equity | | |
| Convertible preferred stock; $0.01 par value; 10,000,000 shares authorized at March 31, 2021 and December 31, 2020 | | |
| Series A; seven issued and outstanding at March 31, 2021 and December 31, 2020 | | — |
| Series B; 54,745 and zero issued and outstanding at March 31, 2021 and December 31, 2020, respectively | | 1 |
| Common stock; $0.01 par value; 200,000,000 authorized; 188,277,852 and 184,133,384 shares issued at March 31, 2021 and December 31, 2020, respectively; 188,156,352 and 184,011,884 shares outstanding at March 31, 2021 and December 31, 2020, respectively | | 1,883 |
| Treasury stock, at cost, 121,500 shares at March 31, 2021 and December 31, 2020 | | (48) |
| Additional paid-in capital | | 125,032 |
| Accumulated deficit | | (80,379) |
| Total stockholders' equity | | 46,489 |
| **Total liabilities and stockholders' equity** | $ | 53,847 |

**OCUGEN, INC.**

**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE LOSS**

**(in thousands, except share and per share amounts)**

**(Unaudited)**

| | Three months ended March 31, | |
| --- | --- | --- |
| | 2021 | 2020 |
| Operating expenses | | |
| Research and development | $  2,872 | $  1,652 |
| General and administrative | 4,185 | 2,277 |
| Total operating expenses | 7,057 | 3,929 |
| Loss from operations | (7,057) | (3,929) |
| Other income (expense) | | |
| Interest expense | (20) | (15) |
| Total other income (expense) | (20) | (15) |
| Net loss and comprehensive loss | $  (7,077) | $  (3,944) |
| Shares used in calculating net loss per common share — basic and diluted | 186,298,122 | 52,627,228 |
| Net loss per share of common stock — basic and diluted | $  (0.04) | $  (0.07) |

**OCUGEN, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
(in thousands)
(Unaudited)

| | | Three months ended March 31, | | |
| --- | --- | --- | --- | --- |
| | | 2021 | | 2020 |
| **Cash flows from operating activities** | | | | |
| Net loss | $ | (7,077) | $ | (3 |
| Adjustments to reconcile net loss to net cash used in operating activities: | | | | |
| Depreciation expense | | 44 | | |
| Non-cash interest expense | | 20 | | |
| Non-cash lease expense | | 68 | | |
| Stock-based compensation expense | | 833 | | |
| Changes in assets and liabilities: | | | | |
| Prepaid expenses and other assets | | 493 | | |
| Accounts payable and accrued expenses | | 405 | | (1 |
| Lease obligations | | (69) | | |
| **Net cash used in operating activities** | | (5,283) | | (4 |
| **Cash flows from investing activities** | | | | |
| Purchase of property and equipment | | (261) | | |
| **Net cash used in investing activities** | | (261) | | |
| **Cash flows from financing activities** | | | | |
| Financing lease principal payments | | (6) | | |
| Proceeds from issuance of common stock | | 28,125 | | |
| Payment of equity issuance costs | | (1,822) | | |
| Proceeds from issuance of debt | | — | | |
| Payments of debt issuance costs | | — | | |
| **Net cash provided by financing activities** | | 26,297 | | |
| **Net increase (decrease) in cash, cash equivalents, and restricted cash** | | 20,753 | | (4 |
| **Cash, cash equivalents, and restricted cash at beginning of period** | | 24,190 | | 7 |
| **Cash, cash equivalents, and restricted cash at end of period** | $ | 44,943 | $ | 3 |
| **Supplemental disclosure of non-cash transactions:** | | | | |
| Series B Convertible Preferred Stock issuance | $ | 4,988 | $ | |
| Equity issuance costs | $ | 108 | $ | |
| Purchase of property and equipment | $ | 44 | $ | |
| Right-of-use asset related to operating leases | $ | 926 | $ | |

58.    The financial statements provided *supra* were materially false and misleading, as the Company later admitted that they could not be relied on.

59.    On August 6, 2021, Ocugen filed with the SEC its quarterly report on Form 10-Q for the period ended June 30, 2021 (the "2Q21 Report"). Attached to the 2Q21 Report were certifications pursuant to SOX signed by Defendants Musunuri and Subramanian attesting to the

accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting and the disclosure of all fraud.

60.    The 2Q21 Report contained the following statement regarding the Company's internal controls:

> ***We have carried out an evaluation, under the supervision and with the participation of our management, including our principal executive officer and principal financial officer, of the effectiveness of the design and operation of our disclosure controls and procedures (as defined in Rules 13a-15(e) and 15d-15(e) under the Securities Exchange Act of 1934, as amended (the "Exchange Act"), as of June 30, 2021.*** Based upon that evaluation, our principal executive officer and principal financial officer concluded that, as of the end of the period covered by this report, ***our disclosure controls and procedures are effective in ensuring that (a) the information required to be disclosed by us in the reports that we file or submit under the Exchange Act is recorded, processed, summarized, and reported within the time periods specified in the SEC's rules and forms***, and (b) such information is accumulated and communicated to our management, including our principal executive officer and principal financial officer, as appropriate to allow timely decisions regarding required disclosure. In designing and evaluating our disclosure controls and procedures, our management recognized that any controls and procedures, no matter how well designed and operated, can provide only reasonable assurance of achieving the desired control objectives, and our management necessarily was required to apply its judgment in evaluating the cost-benefit relationship of possible controls and procedures. [Emphasis added].

61.    The above-referenced statement was materially false and misleading at the time it was made because the Company lacked adequate internal controls, as the Company had materially misstated its financial results for the quarter.

62.    The 2Q21 Report contained the following financial statements:

OCUGEN, INC.

CONDENSED CONSOLIDATED BALANCE SHEETS

(in thousands, except share and per share amounts)

(Unaudited)

| | | June 30, 2021 |
|---|---|---|
| **Assets** | | |
| Current assets | | |
| Cash and cash equivalents | $ | 115,642 |
| Advance for COVAXIN supply | | 4,988 |
| Prepaid expenses and other current assets | | 996 |
| Total current assets | | 121,626 |
| Property and equipment, net | | 944 |
| Restricted cash | | 151 |
| Other assets | | 1,530 |
| **Total assets** | $ | 124,251 |
| **Liabilities and stockholders' equity** | | |
| Current liabilities | | |
| Accounts payable | $ | 802 |
| Accrued expenses and other current liabilities | | 3,870 |
| Short-term debt, net | | — |
| Operating lease obligation | | 168 |
| Total current liabilities | | 4,840 |
| Non-current liabilities | | |
| Operating lease obligation, less current portion | | 1,328 |
| Long term debt, net | | 1,674 |
| Total non-current liabilities | | 3,002 |
| Total liabilities | | 7,842 |
| Commitments and contingencies (Note 13) | | |
| Stockholders' equity | | |
| Convertible preferred stock; $0.01 par value; 10,000,000 shares authorized at June 30, 2021 and December 31, 2020 | | |
| Series A; seven issued and outstanding at June 30, 2021 and December 31, 2020 | | — |
| Series B; 54,745 and zero issued and outstanding at June 30, 2021 and December 31, 2020, respectively | | 1 |
| Common stock; $0.01 par value; 295,000,000 and 200,000,000 shares authorized, 198,816,745 and 184,133,384 shares issued, and 198,695,245 and 184,011,884 shares outstanding at June 30, 2021 and December 31, 2020, respectively | | 1,988 |
| Treasury stock, at cost, 121,500 shares at June 30, 2021 and December 31, 2020 | | (48) |
| Additional paid-in capital | | 220,799 |
| Accumulated deficit | | (106,331) |
| Total stockholders' equity | | 116,409 |
| **Total liabilities and stockholders' equity** | $ | 124,251 |

## OCUGEN, INC.
## CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE LOSS
### (in thousands, except share and per share amounts)
### (Unaudited)

| | Three months ended June 30, | | Six months ended June 30, | |
|---|---|---|---|---|
| | 2021 | 2020 | 2021 | 2020 |
| Revenues | | | | |
| Collaboration revenue | $   — | $      43 | $   — | $      43 |
| Total revenues | — | 43 | — | 43 |
| Operating expenses | | | | |
| Research and development | 18,853 | 1,630 | 21,725 | 3,282 |
| General and administrative | 6,757 | 1,779 | 10,942 | 4,056 |
| Total operating expenses | 25,610 | 3,409 | 32,667 | 7,338 |
| Loss from operations | (25,610) | (3,366) | (32,667) | (7,295) |
| Other income (expense) | | | | |
| Interest income | 10 | — | 10 | — |
| Interest expense | (20) | (248) | (40) | (263) |
| Other income (expense) | (332) | — | (332) | — |
| Total other income (expense) | (342) | (248) | (362) | (263) |
| Net loss and comprehensive loss | $ (25,952) | $ (3,614) | $ (33,029) | $ (7,558) |
| Deemed dividend related to Warrant Exchange | — | (12,546) | — | (12,546) |
| Net loss to common stockholders | $ (25,952) | $ (16,160) | $ (33,029) | $ (20,104) |
| | | | | |
| Shares used in calculating net loss per common share — basic and diluted | 195,572,189 | 83,537,463 | 190,960,775 | 68,082,346 |
| Net loss per share of common stock — basic and diluted | $ (0.13) | $ (0.19) | $ (0.17) | $ (0.30) |

OCUGEN, INC.
CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS
(in thousands)
(Unaudited)

| | Six months ended June 30, | |
| --- | --- | --- |
| | 2021 | 202 |
| **Cash flows from operating activities** | | |
| Net loss | $    (33,029) | $ |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Depreciation expense | 93 | |
| Non-cash interest expense | 40 | |
| Non-cash lease expense | 134 | |
| Stock-based compensation expense | 2,928 | |
| Gain on forgiveness of PPP Note | (426) | |
| Impairment on note receivable | 758 | |
| Other non-cash | — | |
| Changes in assets and liabilities: | | |
| Prepaid expenses and other assets | 965 | |
| Accounts payable and accrued expenses | 1,483 | |
| Other assets | 100 | |
| Lease obligations | (130) | |
| **Net cash used in operating activities** | (27,084) | |
| **Cash flows from investing activities** | | |
| Purchase of property and equipment | (524) | |
| Issuance of note receivable | (750) | |
| **Net cash used in investing activities** | (1,274) | |
| **Cash flows from financing activities** | | |
| Proceeds from issuance of common stock | 128,496 | |
| Payment of equity issuance costs | (8,525) | |
| Proceeds from issuance of debt | — | |
| Payments of debt issuance costs | — | |
| Repayments of debt | — | |
| Financing lease principal payments | (10) | |
| **Net cash provided by financing activities** | 119,961 | |
| **Net increase in cash, cash equivalents, and restricted cash** | 91,603 | |
| **Cash, cash equivalents, and restricted cash at beginning of period** | 24,190 | |
| **Cash, cash equivalents, and restricted cash at end of period** | $    115,793 | $ |
| **Supplemental disclosure of non-cash investing and financing transactions:** | | |
| Series B Convertible Preferred Stock issuance | $    4,988 | $ |
| Exercise of Warrants | $    603 | $ |
| Forgiveness of PPP Note | $    426 | $ |
| Issuance of Warrant Exchange Promissory Notes | $    — | $ |
| Obligation settled with common stock | $    — | $ |
| Equity issuance costs | $    — | $ |
| Purchase of property and equipment | $    78 | $ |
| Right-of-use asset related to operating leases | $    926 | $ |

See accompanying notes to condensed consolidated financial statements.

63.    The financial statements provided *supra* were materially false and misleading, as the Company later admitted that they could not be relied on.

64.    On November 9, 2021, Ocugen filed with the SEC its quarterly report on Form 10-Q for the period ended September 30, 2021 (the "3Q21 Report"). Attached to the 3Q21 Report were certifications pursuant to SOX signed by Defendants Musunuri and Subramanian attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting and the disclosure of all fraud.

65.    The 3Q21 contained the following statement regarding the Company's internal controls:

> *We have carried out an evaluation, under the supervision and with the participation of our management, including our principal executive officer and principal financial officer, of the effectiveness of the design and operation of our disclosure controls and procedures (as defined in Rules 13a-15(e) and 15d-15(e) under the Securities Exchange Act of 1934, as amended (the "Exchange Act"), as of June 30, 2021*. Based upon that evaluation, our principal executive officer and principal financial officer concluded that, as of the end of the period covered by this report, *our disclosure controls and procedures are effective in ensuring that (a) the information required to be disclosed by us in the reports that we file or submit under the Exchange Act is recorded, processed, summarized, and reported within the time periods specified in the SEC's rules and forms*, and (b) such information is accumulated and communicated to our management, including our principal executive officer and principal financial officer, as appropriate to allow timely decisions regarding required disclosure. In designing and evaluating our disclosure controls and procedures, our management recognized that any controls and procedures, no matter how well designed and operated, can provide only reasonable assurance of achieving the desired control objectives, and our management necessarily was required to apply its judgment in evaluating the cost-benefit relationship of possible controls and procedures. [Emphasis added].

66.    The above-referenced statement was materially false and misleading at the time it was made because the Company lacked adequate internal controls, as the Company had materially misstated its financial results for the quarter.

67.    The 3Q21 Report contained the following financial statements:

OCUGEN, INC.
### CONDENSED CONSOLIDATED BALANCE SHEETS
**(in thousands, except share and per share amounts)**
**(Unaudited)**

|  | | June 30, 2021 |
|---|---|---|
| **Assets** | | |
| Current assets | | |
| Cash and cash equivalents | $ | 115,642 |
| Advance for COVAXIN supply | | 4,988 |
| Prepaid expenses and other current assets | | 996 |
| Total current assets | | 121,626 |
| Property and equipment, net | | 944 |
| Restricted cash | | 151 |
| Other assets | | 1,530 |
| **Total assets** | $ | 124,251 |
| **Liabilities and stockholders' equity** | | |
| Current liabilities | | |
| Accounts payable | $ | 802 |
| Accrued expenses and other current liabilities | | 3,870 |
| Short-term debt, net | | — |
| Operating lease obligation | | 168 |
| Total current liabilities | | 4,840 |
| Non-current liabilities | | |
| Operating lease obligation, less current portion | | 1,328 |
| Long term debt, net | | 1,674 |
| Total non-current liabilities | | 3,002 |
| Total liabilities | | 7,842 |
| Commitments and contingencies (Note 13) | | |
| Stockholders' equity | | |
| Convertible preferred stock; $0.01 par value; 10,000,000 shares authorized at June 30, 2021 and December 31, 2020 | | |
| Series A; seven issued and outstanding at June 30, 2021 and December 31, 2020 | | — |
| Series B; 54,745 and zero issued and outstanding at June 30, 2021 and December 31, 2020, respectively | | 1 |
| Common stock; $0.01 par value; 295,000,000 and 200,000,000 shares authorized, 198,816,745 and 184,133,384 shares issued, and 198,695,245 and 184,011,884 shares outstanding at June 30, 2021 and December 31, 2020, respectively | | 1,988 |
| Treasury stock, at cost, 121,500 shares at June 30, 2021 and December 31, 2020 | | (48) |
| Additional paid-in capital | | 220,799 |
| Accumulated deficit | | (106,331) |
| Total stockholders' equity | | 116,409 |
| **Total liabilities and stockholders' equity** | $ | 124,251 |

## OCUGEN, INC.
### CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE LOSS
#### (in thousands, except share and per share amounts)
##### (Unaudited)

| | Three months ended June 30, | | Six months ended June 30, | |
|---|---|---|---|---|
| | 2021 | 2020 | 2021 | 2020 |
| Revenues | | | | |
| Collaboration revenue | $ — | $ 43 | $ — | $ 43 |
| Total revenues | — | 43 | — | 43 |
| Operating expenses | | | | |
| Research and development | 18,853 | 1,630 | 21,725 | 3,282 |
| General and administrative | 6,757 | 1,779 | 10,942 | 4,056 |
| Total operating expenses | 25,610 | 3,409 | 32,667 | 7,338 |
| Loss from operations | (25,610) | (3,366) | (32,667) | (7,295) |
| Other income (expense) | | | | |
| Interest income | 10 | — | 10 | — |
| Interest expense | (20) | (248) | (40) | (263) |
| Other income (expense) | (332) | — | (332) | — |
| Total other income (expense) | (342) | (248) | (362) | (263) |
| Net loss and comprehensive loss | $ (25,952) | $ (3,614) | $ (33,029) | $ (7,558) |
| Deemed dividend related to Warrant Exchange | — | (12,546) | — | (12,546) |
| Net loss to common stockholders | $ (25,952) | $ (16,160) | $ (33,029) | $ (20,104) |
| | | | | |
| Shares used in calculating net loss per common share — basic and diluted | 195,572,189 | 83,537,463 | 190,960,775 | 68,082,346 |
| Net loss per share of common stock — basic and diluted | $ (0.13) | $ (0.19) | $ (0.17) | $ (0.30) |

**OCUGEN, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(in thousands)**
**(Unaudited)**

| | Six months ended June 30, | |
|---|---|---|
| | 2021 | 2020 |
| **Cash flows from operating activities** | | |
| Net loss | $ (33,029) | $ (7,558) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Depreciation expense | 93 | 38 |
| Non-cash interest expense | 40 | 263 |
| Non-cash lease expense | 134 | 95 |
| Stock-based compensation expense | 2,928 | 371 |
| Gain on forgiveness of PPP Note | (426) | — |
| Impairment on note receivable | 758 | — |
| Other non-cash | — | (166) |
| Changes in assets and liabilities: | | |
| Prepaid expenses and other assets | 965 | 500 |
| Accounts payable and accrued expenses | 1,483 | (1,220) |
| Other assets | 100 | — |
| Lease obligations | (130) | (96) |
| **Net cash used in operating activities** | (27,084) | (7,773) |
| **Cash flows from investing activities** | | |
| Purchase of property and equipment | (524) | (34) |
| Issuance of note receivable | (750) | — |
| **Net cash used in investing activities** | (1,274) | (34) |
| **Cash flows from financing activities** | | |
| Proceeds from issuance of common stock | 128,496 | 16,161 |
| Payment of equity issuance costs | (8,525) | (593) |
| Proceeds from issuance of debt | — | 921 |
| Payments of debt issuance costs | — | (6) |
| Repayments of debt | — | (1,140) |
| Financing lease principal payments | (10) | (12) |
| **Net cash provided by financing activities** | 119,961 | 15,331 |
| **Net increase in cash, cash equivalents, and restricted cash** | 91,603 | 7,524 |
| **Cash, cash equivalents, and restricted cash at beginning of period** | 24,190 | 7,595 |
| **Cash, cash equivalents, and restricted cash at end of period** | $ 115,793 | $ 15,119 |
| Supplemental disclosure of non-cash investing and financing transactions: | | |
| Series B Convertible Preferred Stock issuance | $ 4,988 | $ — |
| Exercise of Warrants | $ 603 | $ — |
| Forgiveness of PPP Note | $ 426 | $ — |
| Issuance of Warrant Exchange Promissory Notes | $ — | $ 5,625 |
| Obligation settled with common stock | $ — | $ 331 |
| Equity issuance costs | $ — | $ 130 |
| Purchase of property and equipment | $ 78 | $ — |
| Right-of-use asset related to operating leases | $ 926 | $ — |

68.     The financial statements provided *supra* were materially false and misleading, as the Company later admitted that they could not be relied on.

69.     On February 28, 2022, Ocugen filed with the SEC its annual report on Form 10-K for the year ending December 31, 2021 (the 2021 Annual Report"). The 2021 Annual Report was

signed by Defendants Musunuri, Subramanian, Kumar, Zhang, Kompella, Potti, Castillo, and Fernandes. Attached to the 2021 Annual Report were certifications pursuant to SOX signed by Defendants Musunuri and Subramanian attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting and the disclosure of all fraud.

70.    The 2021 Annual Report contained the following statement regarding the Company's internal controls:

> *We have carried out an evaluation, under the supervision and with the participation of our management, including our principal executive officer and principal financial officer, of the effectiveness of the design and operation of our disclosure controls and procedures (as defined in Rules 13a-15(e) and 15d-15(e) under the Securities Exchange Act of 1934, as amended (the "Exchange Act")) as of December 31, 2021.* Based upon that evaluation, our principal executive officer and principal financial officer concluded that, as of the end of the period covered by this report, ***our disclosure controls and procedures are effective in ensuring that (a) the information required to be disclosed by us in the reports that we file or submit under the Exchange Act is recorded, processed, summarized, and reported within the time periods specified in the SEC's rules and forms***, and (b) such information is accumulated and communicated to our management, including our principal executive officer and principal financial officer, as appropriate to allow timely decisions regarding required disclosure. In designing and evaluating our disclosure controls and procedures, our management recognized that any controls and procedures, no matter how well designed and operated, can provide only reasonable assurance of achieving the desired control objectives, and our management necessarily was required to apply its judgment in evaluating the cost-benefit relationship of possible controls and procedures. [Emphasis added].

71.    The above-referenced statement was materially false and misleading at the time it was made because the Company lacked adequate internal controls, as the Company had materially misstated its financial results for the 2021 fiscal year.

72.    The 2021 Annual Report contained the following statements:

## OCUGEN, INC.
### CONSOLIDATED BALANCE SHEETS
#### (in thousands, except share and per share amounts)

| | | As of December 31, | | |
|---|---|---|---|---|
| | | 2021 | | 2020 |
| **Assets** | | | | |
| Current assets | | | | |
| Cash and cash equivalents | $ | 94,958 | $ | 24,039 |
| Advance for COVAXIN supply | | 4,988 | | — |
| Prepaid expenses and other current assets | | 2,700 | | 1,839 |
| Total current assets | | 102,646 | | 25,878 |
| Property and equipment, net | | 1,164 | | 633 |
| Restricted cash | | 151 | | 151 |
| Other assets | | 1,800 | | 714 |
| **Total assets** | $ | 105,761 | $ | 27,376 |
| **Liabilities and stockholders' equity** | | | | |
| Current liabilities | | | | |
| Accounts payable | $ | 2,312 | $ | 395 |
| Accrued expenses and other current liabilities | | 4,325 | | 2,941 |
| Short-term debt, net | | — | | 234 |
| Operating lease obligations | | 363 | | 44 |
| Total current liabilities | | 7,000 | | 3,614 |
| Non-current liabilities | | | | |
| Operating lease obligations, less current portion | | 1,231 | | 389 |
| Long term debt, net | | 1,712 | | 1,823 |
| Total non-current liabilities | | 2,943 | | 2,212 |
| Total liabilities | | 9,943 | | 5,826 |
| Commitments and contingencies (Note 14) | | | | |
| Stockholders' equity | | | | |
| Convertible preferred stock; $0.01 par value; 10,000,000 shares authorized at December 31, 2021 and 2020 | | | | |
| Series A; seven issued and outstanding at December 31, 2021 and 2020 | | — | | — |
| Series B; 54,745 and zero issued and outstanding at December 31, 2021 and 2020, respectively | | 1 | | — |
| Common stock; $0.01 par value; 295,000,000 and 200,000,000 authorized; 199,502,183 and 184,133,384 shares issued, and 199,380,683 and 184,011,884 shares outstanding at December 31, 2021 and 2020, respectively | | 1,995 | | 1,841 |
| Treasury Stock, at cost, 121,500 shares at December 31, 2021 and 2020 | | (48) | | (48) |
| Additional paid-in capital | | 225,537 | | 93,059 |
| Accumulated deficit | | (131,667) | | (73,302) |
| Total stockholders' equity | | 95,818 | | 21,550 |
| **Total liabilities and stockholders' equity** | $ | 105,761 | $ | 27,376 |

OCUGEN, INC.
CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE LOSS
(in thousands, except share and per share amounts)

| | Year ended December 31, | | |
| --- | --- | --- | --- |
| | 2021 | 2020 | 2019 |
| Revenues | | | |
| Collaboration revenue | $ — | $ 43 | $ — |
| Total revenues | — | 43 | — |
| Operating expenses | | | |
| Research and development | 35,108 | 6,354 | 8,086 |
| In-process research and development | — | 7,000 | — |
| General and administrative | 22,920 | 7,974 | 6,077 |
| Total operating expenses | 58,028 | 21,328 | 14,163 |
| Loss from operations | (58,028) | (21,285) | (14,163) |
| Other income (expense) | | | |
| Change in fair value of derivative liabilities | — | — | (3,187) |
| Loss on debt conversion | — | — | (341) |
| Interest expense | (79) | (721) | (1,768) |
| Other income (expense) | (310) | 184 | (784) |
| Total other income (expense) | (389) | (537) | (6,080) |
| Loss before income taxes | (58,417) | (21,822) | (20,243) |
| Income tax benefit | (52) | — | — |
| Net loss and comprehensive income | $ (58,365) | $ (21,822) | $ (20,243) |
| Deemed dividend related to Warrant Exchange | — | (12,546) | — |
| Net loss to common stockholders | $ (58,365) | $ (34,368) | $ (20,243) |
| | | | |
| Shares used in calculating net loss per share attributable to common stockholders — basic and diluted | 195,013,043 | 112,236,110 | 13,893,819 |
| Net loss per share attributable to common stockholders — basic and diluted | $ (0.30) | $ (0.31) | $ (1.46) |

**OCUGEN, INC.**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
(in thousands)

| | Year ended December 31 | |
| --- | --- | --- |
| | 2021 | 2020 |
| **Cash flows from operating activities** | | |
| Net loss | $ (58,365) | $ (21,822) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Depreciation and amortization expense | 229 | 102 |
| Non-cash interest expense | 78 | 721 |
| Non-cash lease expense | 360 | 189 |
| In-process research and development expense | — | 7,000 |
| Change in fair value of derivative liability | — | — |
| Stock-based compensation expense | 6,958 | 660 |
| Loss on debt conversion | — | — |
| Income tax benefit | (52) | — |
| Gain on forgiveness of PPP Note | (426) | — |
| Impairment on note receivable | 761 | — |
| Other non-cash | 26 | (349) |
| Changes in assets and liabilities: | | |
| Prepaid expenses and other current assets | (742) | (370) |
| Accounts payable and accrued expenses | 3,498 | (541) |
| Other assets | 100 | (104) |
| Lease obligations | (366) | (195) |
| **Net cash used in operating activities** | (47,941) | (14,709) |
| **Cash flows from investing activities** | | |
| Purchase of property and equipment | (939) | (307) |
| Payments for asset acquisitions | (127) | — |
| Issuance of note receivable | (750) | — |
| **Net cash used in investing activities** | (1,816) | (307) |
| **Cash flows from financing activities** | | |
| Proceeds from issuance of common stock | 129,211 | 37,822 |
| Payment of equity issuance costs | (8,525) | (1,477) |
| Purchases of treasury stock | — | — |
| Proceeds from Pre-Merger Financing | — | — |
| Proceeds from issuance of debt | — | 921 |
| Payments of debt issuance costs | — | (6) |
| Repayments of debt | — | (5,625) |
| Financing lease principal payments | (10) | (24) |
| **Net cash provided by financing activities** | 120,676 | 31,611 |
| **Net increase in cash, cash equivalents, and restricted cash** | 70,919 | 16,595 |
| **Cash, cash equivalents, and restricted cash at beginning of period** | 24,190 | 7,595 |
| **Cash, cash equivalents, and restricted cash at end of period** | $ 95,109 | $ 24,190 |

73.    The financial statements provided *supra* were materially false and misleading, as the Company later admitted that they could not be relied on.

74.    On April 28, 2022, the Company filed with the SEC its 2022 Proxy Statement. Defendants Musunuri, Kumar, Zhang, Kompella, Whittington, Castillo, Fernandes, and Potti

solicited the 2022 Proxy Statement, filed pursuant to Section 14(a) of the Exchange Act, which

contained material misstatements and omissions.

75.    The 2022 Proxy Statement solicited shareholders to, *inter alia*: (i) reelect

Defendants Kompella and Whittington to the Board; and (ii) ratify the selection of Ernst & Young

as the Company's Independent Registered Public Accounting Firm for the 2022 Fiscal Year.

76.    Regarding the Company's Code of Ethics, the 2022 Proxy Statement provided, in

relevant part:

> We have a written Code of Conduct that applies to our directors and employees,
> including our executive officers. The Code of Conduct covers fundamental ethical
> and compliance-related principles and practices such as accurate accounting
> records and financial reporting, avoiding conflicts of interest, protection and use of
> our property, compliance with legal and regulatory requirements, and internal
> reporting procedures for violations of the Code of Conduct. The Code of Conduct
> is available on our website at www.ocugen.com and any amendments to the Code
> of Conduct, or any waivers of its requirements, will be disclosed on our website or
> in a Current Report on Form 8-K, which we will file with the SEC.
>
> Only the Board may waive any specific provisions of the Code of Conduct for
> directors and executive officers. The Chief Accounting Officer and Senior Vice
> President, Finance, has been designated as the Compliance Officer, and may waive
> any specific provision of this Code of Conduct for employees other than a director
> and executive officer. In the event of an approved waiver involving the conduct of
> a director or executive officer, appropriate and prompt disclosure, including
> disclosure of the reasons for the waiver, must be made to our stockholders as
> required by applicable laws and stock exchange rules. The Audit Committee shall
> be responsible for monitoring compliance with the Code of Conduct and shall
> assess the adequacy of the Code of Conduct periodically and recommend any
> changes to the Code of Conduct to the Board for approval.

77.    Regarding the Board's role in "Risk Oversight," the 2022 Proxy Statement

provided, in relevant part:

> Our Board's role in risk oversight is consistent with our leadership structure, with
> management having day-to-day responsibility for assessing and managing our risk
> exposure and our Board actively overseeing management of our risks — both at the
> Board and Committee level. The risk oversight process includes receiving regular
> reports from each of the Committees and our executive officers to enable our Board
> to understand our risk identification, risk management, and risk mitigation

strategies with respect to areas of potential material risk, including operations (including cyber-security), finance, legal, regulatory, strategic, and reputational risk.

Our Board focuses on the overall risks affecting us. Each Committee has been delegated the responsibility for the oversight of specific risks that fall within its area of responsibility. For example:

> • The Audit Committee of our Board ("Audit Committee") oversees management of financial reporting, compliance, and litigation risks, including risks related to our insurance, information technology, cybersecurity, human resources, and regulatory matters, as well as the steps management has taken to monitor and control such exposures.

> • The Compensation Committee is responsible for overseeing the management of risks relating to our executive compensation policies, plans, and arrangements and the extent to which those policies, plans, and arrangements increase or decrease our risk.

> • The Nominating and Corporate Governance Committee manages risks associated with the independence of our Board, potential conflicts of interest, and the effectiveness of our Board.

> • The Science and Technology Committee is responsible for overseeing and assessing business development opportunities to further diversify, strengthen, and unify our product portfolio.

While each Committee is responsible for evaluating certain risks and overseeing the management of such risks, the entire Board is regularly informed through Committee reports about such risks. Matters of significant strategic risk are considered by our entire Board.

78.    Regarding the Audit Committee's responsibilities, the 2022 Proxy Statement provided, in relevant part:

> The Audit Committee assists our Board by providing oversight of our financial management, Independent Registered Public Accounting Firm, and accounting and financial reporting processes, as well as other matters as directed by the Board or the Audit Committee Charter.

> Among other things, the Audit Committee's responsibilities include:

> • having sole discretion and direct responsibility for appointing, evaluating, retaining, compensating, overseeing, evaluating, and, when necessary,

terminating our engagement with our Independent Registered Public Accounting Firm;

• discussing with management and the Independent Registered Public Accounting Firm our annual and quarterly financial statements and related disclosures and pre-approving all audit services;

• establishing and overseeing compliance with our procedures governing treatment of complaints concerning our accounting, internal accounting controls, or auditing matters, and submissions of confidential and anonymous employee concerns regarding accounting or auditing matters;

• reviewing our Code of Conduct, including assessing the adequacy of the Code of Conduct and recommending any proposed changes to the Board, and our compliance with applicable legal requirements, as well as any litigation or material government investigations, and making corresponding reports to the Board;

• overseeing our risk assessment and risk management processes and the guidelines and procedures to implement such processes;

• reviewing and ratifying all related person transactions, based on the standards set forth in our Related Party Transactions Policy; and

• preparing the Audit Committee Report required to be included in our annual proxy statement.

The members of our Audit Committee are Dr. Kumar (Chair), Dr. Fernandes, and Mr. Potti. All members of our Audit Committee are deemed "independent" and financially literate under the applicable rules and regulations of the SEC and Nasdaq. Dr. Kumar and Mr. Potti also qualify as an "audit committee financial expert" within the meaning of SEC regulations.

79.     Defendants Musunuri, Kumar, Zhang, Kompella, Whittington, Castillo, Fernandes, and Potti caused the 2022 Proxy Statement to be false and misleading by failing to disclose, *inter alia*, that: (a) the Company's financial statements from May 8, 2020 to April 1, 2024, including important financial metrics such as collaborative arrangement revenue, research and development expenses, other income (expense), net and accrued expenses and other current liabilities, were materially false and misleading; (b) the Company did not have adequate internal controls over financial reporting; (c) as a result, the Company would have to restate its financial statements, at

great cost to the Company, for the entire fiscal year ended December 31, 2022 (the "2022 Fiscal Year"), for each of the first three quarters of the 2023 Fiscal Year, and for each of the quarters of the 2022 Fiscal Year.  As a result, Ocugen's statements were materially false and misleading at all relevant times.

80.    The 2022 Proxy Statement was materially false and misleading because, despite assertions to the contrary, the Company's Code of Ethics was not followed, as evidenced by the Individual Defendants (a) making and/or causing the Company to make the numerous false and misleading statements and omissions alleged herein; and (b) failing to report violations of the Code of Ethics. Further, the 2022 Proxy Statement was materially false and misleading because, despite assertions to the contrary, the Board was not adequately performing its risk oversight functions.

81.    As a result of Defendants Musunuri, Kumar, Zhang, Kompella, Whittington, Castillo, Fernandes, and Potti causing the 2022 Proxy Statement to be false and misleading, Company shareholders voted, *inter alia*, to reelect Defendants Kompella and Whittington to the Board, allowing them to continue to breach their fiduciary duties to the Company.

82.    On May 6, 2022, Ocugen filed with the SEC its quarterly report on Form 10-Q for the period ending March 31, 2022 (the "1Q22 Report").  Attached to the 1Q22 Report were certifications pursuant to SOX signed by Defendants Musunuri and Crespo attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting and the disclosure of all fraud.

83.    The 1Q22 Report contained the following statement regarding the Company's internal controls:

> *We have carried out an evaluation, under the supervision and with the participation of our management, including our principal executive officer and principal financial officer, of the effectiveness of the design and operation of our disclosure controls and procedures (as defined in Rules 13a-15(e) and*

***15d-15(e) under the Exchange Act), as of March 31, 2022***. Based upon that evaluation, our principal executive officer and principal financial officer concluded that, as of the end of the period covered by this report, ***our disclosure controls and procedures are effective in ensuring that (a) the information required to be disclosed by us in the reports that we file or submit under the Exchange Act is recorded, processed, summarized, and reported within the time periods specified in the SEC's rules and forms***, and (b) such information is accumulated and communicated to our management, including our principal executive officer and principal financial officer, as appropriate to allow timely decisions regarding required disclosure. In designing and evaluating our disclosure controls and procedures, our management recognized that any controls and procedures, no matter how well designed and operated, can provide only reasonable assurance of achieving the desired control objectives, and our management necessarily was required to apply its judgment in evaluating the cost-benefit relationship of possible controls and procedures. [Emphasis added].

84.　　The above-referenced statement was materially false and misleading at the time it was made because the Company lacked adequate internal controls, as the Company had materially misstated its financial results for the quarter.

85.　　The 1Q22 Report contained the following financial statements:

OCUGEN, INC.

CONDENSED CONSOLIDATED BALANCE SHEETS

(in thousands, except share and per share amounts)

(Unaudited)

| | | March 31, 2022 | | December 31, 2021 |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets | | | | |
| Cash and cash equivalents | $ | 129,771 | $ | 94,958 |
| Prepaid expenses and other current assets | | 8,256 | | 7,688 |
| Total current assets | | 138,027 | | 102,646 |
| Property and equipment, net | | 1,921 | | 1,164 |
| Restricted cash | | 151 | | 151 |
| Other assets | | 1,628 | | 1,800 |
| **Total assets** | $ | 141,727 | $ | 105,761 |
| **Liabilities and stockholders' equity** | | | | |
| Current liabilities | | | | |
| Accounts payable | $ | 3,896 | $ | 2,312 |
| Accrued expenses | | 3,537 | | 4,325 |
| Operating lease obligations | | 254 | | 363 |
| Total current liabilities | | 7,687 | | 7,000 |
| Non-current liabilities | | | | |
| Operating lease obligations, less current portion | | 1,180 | | 1,231 |
| Long term debt, net | | 1,731 | | 1,712 |
| Total non-current liabilities | | 2,911 | | 2,943 |
| Total liabilities | | 10,598 | | 9,943 |
| Commitments and contingencies (Note 12) | | | | |
| Stockholders' equity | | | | |
| Convertible preferred stock; $0.01 par value; 10,000,000 shares authorized at March 31, 2022 and December 31, 2021 | | | | |
| Series A; seven issued and outstanding at March 31, 2022 and December 31, 2021 | | — | | — |
| Series B; 54,745 issued and outstanding at March 31, 2022 and December 31, 2021 | | 1 | | 1 |
| Common stock; $0.01 par value; 295,000,000 shares authorized, 215,752,926 and 199,502,183 shares issued, and 215,631,426 and 199,380,683 shares outstanding at March 31, 2022 and December 31, 2021, respectively | | 2,158 | | 1,995 |
| Treasury stock, at cost, 121,500 shares at March 31, 2022 and December 31, 2021 | | (48) | | (48) |
| Additional paid-in capital | | 278,704 | | 225,537 |
| Accumulated deficit | | (149,686) | | (131,667) |
| Total stockholders' equity | | 131,129 | | 95,818 |
| **Total liabilities and stockholders' equity** | $ | 141,727 | $ | 105,761 |

OCUGEN, INC.

CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE LOSS

(in thousands, except share and per share amounts)

(Unaudited)

| | | Three months ended March 31, | | |
|---|---|---|---|---|
| | | 2022 | | 2021 |
| Operating expenses | | | | |
| Research and development | $ | 7,915 | $ | 2,872 |
| General and administrative | | 10,119 | | 4,185 |
| Total operating expenses | | 18,034 | | 7,057 |
| Loss from operations | | (18,034) | | (7,057) |
| Other income (expense), net | | 15 | | (20) |
| Net loss and comprehensive loss | $ | (18,019) | $ | (7,077) |
| | | | | |
| Shares used in calculating net loss per common share — basic and diluted | | 205,693,498 | | 186,298,122 |
| Net loss per share of common stock — basic and diluted | $ | (0.09) | $ | (0.04) |

**OCUGEN, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
(in thousands)
(Unaudited)

| | Three months ended March 31, | |
| --- | --- | --- |
| | 2022 | 2021 |
| **Cash flows from operating activities** | | |
| Net loss | $ (18,019) | $ (7,077) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Depreciation and amortization expense | 76 | 44 |
| Non-cash interest expense | 19 | 20 |
| Non-cash lease expense | 179 | 68 |
| Stock-based compensation expense | 3,299 | 833 |
| Changes in assets and liabilities: | | |
| Prepaid expenses and other assets | (575) | 493 |
| Accounts payable and accrued expenses | 131 | 405 |
| Lease obligations | (176) | (69) |
| **Net cash used in operating activities** | (15,066) | (5,283) |
| **Cash flows from investing activities** | | |
| Purchase of property and equipment | (223) | (261) |
| **Net cash used in investing activities** | (223) | (261) |
| **Cash flows from financing activities** | | |
| Proceeds from issuance of common stock | 50,177 | 28,125 |
| Payment of equity issuance costs | (75) | (1,822) |
| Financing lease principal payments | — | (6) |
| **Net cash provided by financing activities** | 50,102 | 26,297 |
| **Net increase in cash, cash equivalents, and restricted cash** | 34,813 | 20,753 |
| **Cash, cash equivalents, and restricted cash at beginning of period** | 95,109 | 24,190 |
| **Cash, cash equivalents, and restricted cash at end of period** | $ 129,922 | $ 44,943 |
| **Supplemental disclosure of non-cash investing and financing transactions:** | | |
| Series B Convertible Preferred Stock issuance | $ — | $ 4,988 |
| Purchase of property and equipment | $ 611 | $ 44 |
| Right-of-use asset related to operating leases | $ — | $ 926 |
| Equity issuance costs | $ 71 | $ 108 |

86.     The financial statements provided *supra* were materially false and misleading, as the Company later admitted that they could not be relied on.

87.     On August 5, 2022, Ocugen filed with the SEC its quarterly report on Form 10-Q for the period ending June 30, 2022 (the "2Q22 Report"). Attached to the 2Q22 Report were certifications pursuant to SOX) signed by Defendants Musunuri and Crespo attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting and the disclosure of all fraud.

88.     The 2Q22 Report contained the following statement regarding the Company's internal controls:

*We have carried out an evaluation, under the supervision and with the participation of our management, including our principal executive officer and principal financial officer, of the effectiveness of the design and operation of our disclosure controls and procedures (as defined in Rules 13a-15(e) and 15d-15(e) under the Exchange Act), as of June 30, 2022.* Based upon that evaluation, our principal executive officer and principal financial officer concluded that, as of the end of the period covered by this report, *our disclosure controls and procedures are effective in ensuring that (a) the information required to be disclosed by us in the reports that we file or submit under the Exchange Act is recorded, processed, summarized, and reported within the time periods specified in the SEC's rules and forms*, and (b) such information is accumulated and communicated to our management, including our principal executive officer and principal financial officer, as appropriate to allow timely decisions regarding required disclosure. In designing and evaluating our disclosure controls and procedures, our management recognized that any controls and procedures, no matter how well designed and operated, can provide only reasonable assurance of achieving the desired control objectives, and our management necessarily was required to apply its judgment in evaluating the cost-benefit relationship of possible controls and procedures. [Emphasis added].

89.    The above-referenced statement was materially false and misleading at the time it was made because the Company lacked adequate internal controls, as the Company had materially misstated its financial results for the quarter.

90.    The 2Q22 Report contained the following financial statements:

OCUGEN, INC.
CONDENSED CONSOLIDATED BALANCE SHEETS
(in thousands, except share and per share amounts)
(Unaudited)

| | | June 30, 2022 | | December 31, 2021 |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets | | | | |
| Cash and cash equivalents | $ | 115,005 | $ | 94,958 |
| Prepaid expenses and other current assets | | 7,564 | | 7,688 |
| Total current assets | | 122,569 | | 102,646 |
| Property and equipment, net | | 3,153 | | 1,164 |
| Restricted cash | | — | | 151 |
| Other assets | | 4,366 | | 1,800 |
| **Total assets** | $ | 130,088 | $ | 105,761 |
| **Liabilities and stockholders' equity** | | | | |
| Current liabilities | | | | |
| Accounts payable | $ | 5,921 | $ | 2,312 |
| Accrued expenses | | 4,103 | | 4,325 |
| Operating lease obligations | | 314 | | 363 |
| Total current liabilities | | 10,338 | | 7,000 |
| Non-current liabilities | | | | |
| Operating lease obligations, less current portion | | 3,892 | | 1,231 |
| Long term debt, net | | 1,750 | | 1,712 |
| Total non-current liabilities | | 5,642 | | 2,943 |
| Total liabilities | | 15,980 | | 9,943 |
| Commitments and contingencies (Note 12) | | | | |
| Stockholders' equity | | | | |
| Convertible preferred stock; $0.01 par value; 10,000,000 shares authorized at June 30, 2022 and December 31, 2021 | | | | |
| Series A; zero and seven shares issued and outstanding at June 30, 2022 and December 31, 2021, respectively | | — | | — |
| Series B; 54,745 shares issued and outstanding at June 30, 2022 and December 31, 2021 | | 1 | | 1 |
| Common stock; $0.01 par value; 295,000,000 shares authorized, 216,271,262 and 199,502,183 shares issued, and 216,149,762 and 199,380,683 shares outstanding at June 30, 2022 and December 31, 2021, respectively | | 2,163 | | 1,995 |
| Treasury stock, at cost, 121,500 shares at June 30, 2022 and December 31, 2021 | | (48) | | (48) |
| Additional paid-in capital | | 281,139 | | 225,537 |
| Accumulated other comprehensive income | | 10 | | — |
| Accumulated deficit | | (169,157) | | (131,667) |
| Total stockholders' equity | | 114,108 | | 95,818 |
| **Total liabilities and stockholders' equity** | $ | 130,088 | $ | 105,761 |

**OCUGEN, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE LOSS**
**(in thousands, except share and per share amounts)**
**(Unaudited)**

| | Three months ended June 30, | | Six months ended June 30, | |
|---|---|---|---|---|
| | 2022 | 2021 | 2022 | 2021 |
| Operating expenses | | | | |
| Research and development | $ 9,007 | $ 18,853 | $ 16,922 | $ 21,725 |
| General and administrative | 10,558 | 6,757 | 20,677 | 10,942 |
| Total operating expenses | 19,565 | 25,610 | 37,599 | 32,667 |
| Loss from operations | (19,565) | (25,610) | (37,599) | (32,667) |
| Other income (expense), net | 94 | (342) | 109 | (362) |
| Net loss | $ (19,471) | $ (25,952) | $ (37,490) | $ (33,029) |
| Other comprehensive income (loss) | | | | |
| Foreign currency translation adjustment | 10 | — | 10 | — |
| Comprehensive loss | $ (19,461) | $ (25,952) | $ (37,480) | $ (33,029) |
| | | | | |
| Shares used in calculating net loss per common share — basic and diluted | 215,862,977 | 195,572,189 | 210,806,330 | 190,960,775 |
| Net loss per share of common stock — basic and diluted | $ (0.09) | $ (0.13) | $ (0.18) | $ (0.17) |

**OCUGEN, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
(in thousands)
(Unaudited)

| | Six months ended June 30, | |
| --- | --- | --- |
| | 2022 | 2021 |
| **Cash flows from operating activities** | | |
| Net loss | $ (37,490) | $ (33,029) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Depreciation and amortization expense | 166 | 93 |
| Non-cash interest expense | 38 | 40 |
| Non-cash lease expense | 334 | 134 |
| Stock-based compensation expense | 5,378 | 2,928 |
| Gain on forgiveness of Paycheck Protection Program note | — | (426) |
| Impairment on note receivable | — | 758 |
| Changes in assets and liabilities: | | |
| Prepaid expenses and other assets | 132 | 965 |
| Accounts payable and accrued expenses | 2,844 | 1,483 |
| Lease obligations | (265) | (130) |
| Other assets | — | 100 |
| **Net cash used in operating activities** | (28,863) | (27,084) |
| **Cash flows from investing activities** | | |
| Purchase of property and equipment | (1,589) | (524) |
| Issuance of note receivable | — | (750) |
| **Net cash used in investing activities** | (1,589) | (1,274) |
| **Cash flows from financing activities** | | |
| Proceeds from issuance of common stock | 50,586 | 128,496 |
| Tax payments for net share settlement of restricted stock units | (48) | — |
| Payment of equity issuance costs | (200) | (8,525) |
| Financing lease principal payments | — | (10) |
| **Net cash provided by financing activities** | 50,338 | 119,961 |
| **Effect of changes in exchange rate on cash, cash equivalents, and restricted cash** | 10 | — |
| **Net increase in cash, cash equivalents, and restricted cash** | 19,896 | 91,603 |
| **Cash, cash equivalents, and restricted cash at beginning of period** | 95,109 | 24,190 |
| **Cash, cash equivalents, and restricted cash at end of period** | $ 115,005 | $ 115,793 |
| **Supplemental disclosure of non-cash investing and financing transactions:** | | |
| Series B Convertible Preferred Stock issuance | $ — | $ 4,988 |
| Exercise of warrants | $ — | $ 603 |
| Forgiveness of Paycheck Protection Program note | $ — | $ 426 |
| Equity issuance costs | $ 69 | $ — |
| Purchase of property and equipment | $ 491 | $ 78 |
| Right-of-use asset related to operating leases | $ 2,918 | $ 926 |

91.     The financial statements provided *supra* were materially false and misleading, as the Company later admitted that they could not be relied on.

92.     On November 8, 2022, Ocugen filed with the SEC its quarterly report on Form 10-Q for the period ending September 30, 2022 (the "3Q22 Report"). Attached to the 3Q22 Report were certifications pursuant to SOX signed by Defendants Musunuri and Crespo attesting to the

accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting and the disclosure of all fraud.

93.     The 3Q22 Report contained the following statement regarding the Company's internal controls:

> *We have carried out an evaluation, under the supervision and with the participation of our management, including our principal executive officer and principal financial officer, of the effectiveness of the design and operation of our disclosure controls and procedures (as defined in Rules 13a-15(e) and 15d-15(e) under the Exchange Act), as of September 30, 2022*. Based upon this evaluation, our principal executive officer and principal financial officer concluded that, as of the end of the period covered by this report, *our disclosure controls and procedures are effective in ensuring that (a) the information required to be disclosed by us in the reports that we file or submit under the Exchange Act is recorded, processed, summarized, and reported within the time periods specified in the SEC's rules and forms*, and (b) such information is accumulated and communicated to our management, including our principal executive officer and principal financial officer, as appropriate to allow timely decisions regarding required disclosure. In designing and evaluating our disclosure controls and procedures, our management recognized that any controls and procedures, no matter how well designed and operated, can provide only reasonable assurance of achieving the desired control objectives, and our management necessarily was required to apply its judgment in evaluating the cost-benefit relationship of possible controls and procedures.  [Emphasis added].

94.     The above-referenced statement was materially false and misleading at the time it was made because the Company lacked adequate internal controls, as the Company had materially misstated its financial results for the quarter.

95.     The 3Q22 Report contained the following financial statements:

OCUGEN, INC.
CONDENSED CONSOLIDATED BALANCE SHEETS
(in thousands, except share and per share amounts)
(Unaudited)

|  | September 30, 2022 | December 31, 2021 |
|---|---|---|
| **Assets** | | |
| Current assets | | |
| Cash and cash equivalents | $ 101,602 | $ 94,958 |
| Prepaid expenses and other current assets | 5,895 | 7,688 |
| Total current assets | 107,497 | 102,646 |
| Property and equipment, net | 4,517 | 1,164 |
| Restricted cash | — | 151 |
| Other assets | 4,225 | 1,800 |
| **Total assets** | $ 116,239 | $ 105,761 |
| **Liabilities and stockholders' equity** | | |
| Current liabilities | | |
| Accounts payable | $ 6,460 | $ 2,312 |
| Accrued expenses | 8,004 | 4,325 |
| Operating lease obligations | 443 | 363 |
| Total current liabilities | 14,907 | 7,000 |
| Non-current liabilities | | |
| Operating lease obligations, less current portion | 3,764 | 1,231 |
| Long term debt, net | 2,265 | 1,712 |
| Total non-current liabilities | 6,029 | 2,943 |
| Total liabilities | 20,936 | 9,943 |
| Commitments and contingencies (Note 12) | | |
| Stockholders' equity | | |
| Convertible preferred stock; $0.01 par value; 10,000,000 shares authorized at September 30, 2022 and December 31, 2021 | | |
| Series A; zero and seven shares issued and outstanding at September 30, 2022 and December 31, 2021, respectively | — | — |
| Series B; 54,745 shares issued and outstanding at September 30, 2022 and December 31, 2021 | 1 | 1 |
| Common stock; $0.01 par value; 295,000,000 shares authorized, 216,809,937 and 199,502,183 shares issued, and 216,688,437 and 199,380,683 shares outstanding at September 30, 2022 and December 31, 2021, respectively | 2,168 | 1,995 |
| Treasury stock, at cost, 121,500 shares at September 30, 2022 and December 31, 2021 | (48) | (48) |
| Additional paid-in capital | 284,231 | 225,537 |
| Accumulated other comprehensive income | 30 | — |
| Accumulated deficit | (191,079) | (131,667) |
| Total stockholders' equity | 95,303 | 95,818 |
| **Total liabilities and stockholders' equity** | $ 116,239 | $ 105,761 |

**OCUGEN, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE LOSS**
(in thousands, except share and per share amounts)
(Unaudited)

| | Three months ended September 30, | | Nine months ended September 30, | |
|---|---|---|---|---|
| | 2022 | 2021 | 2022 | 2021 |
| Operating expenses | | | | |
| Research and development | $ 15,622 | $ 6,281 | $ 32,544 | $ 28,006 |
| General and administrative | 7,497 | 4,508 | 28,174 | 15,450 |
| Total operating expenses | 23,119 | 10,789 | 60,718 | 43,456 |
| Loss from operations | (23,119) | (10,789) | (60,718) | (43,456) |
| Other income (expense), net | 1,197 | (18) | 1,306 | (380) |
| Loss before income taxes | (21,922) | (10,807) | (59,412) | (43,836) |
| Income tax benefit | — | (52) | — | (52) |
| Net loss | $ (21,922) | $ (10,755) | $ (59,412) | $ (43,784) |
| Other comprehensive income (loss) | | | | |
| Foreign currency translation adjustment | 20 | — | 30 | — |
| Comprehensive loss | $ (21,902) | $ (10,755) | $ (59,382) | $ (43,784) |
| | | | | |
| Shares used in calculating net loss per common share — basic and diluted | 216,591,011 | 198,790,980 | 212,755,746 | 193,599,525 |
| Net loss per share of common stock — basic and diluted | $ (0.10) | $ (0.05) | $ (0.28) | $ (0.23) |

**OCUGEN, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(in thousands)**
**(Unaudited)**

| | Nine months ended September 30, | |
| --- | --- | --- |
| | 2022 | 2021 |
| **Cash flows from operating activities** | | |
| Net loss | $ (59,412) | $ (43,784) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Depreciation and amortization expense | 307 | 151 |
| Non-cash interest expense | 58 | 59 |
| Non-cash lease expense | 463 | 200 |
| Stock-based compensation expense | 7,873 | 4,275 |
| Income tax benefit | — | (52) |
| Gain on forgiveness of Paycheck Protection Program note | — | (426) |
| Impairment on note receivable | — | 761 |
| Other | (673) | — |
| Changes in assets and liabilities: | | |
| Prepaid expenses and other assets | 1,888 | 845 |
| Accounts payable and accrued expenses | 6,592 | 2,925 |
| Lease obligations | (261) | (191) |
| Other assets | — | 100 |
| **Net cash used in operating activities** | (43,165) | (35,137) |
| **Cash flows from investing activities** | | |
| Purchases of property and equipment | (2,433) | (747) |
| Asset acquisition | — | (127) |
| Issuance of note receivable | — | (750) |
| Repayment of note receivable | 761 | — |
| **Net cash used in investing activities** | (1,672) | (1,624) |
| **Cash flows from financing activities** | | |
| Proceeds from issuance of common stock | 51,198 | 128,606 |
| Tax payments for net share settlement of restricted stock units | (57) | — |
| Payment of equity issuance costs | (298) | (8,525) |
| Proceeds from issuance of debt | 500 | — |
| Payment of debt issuance costs | (43) | — |
| Financing lease principal payments | — | (10) |
| **Net cash provided by financing activities** | 51,300 | 120,071 |
| **Effect of changes in exchange rate on cash, cash equivalents, and restricted cash** | 30 | — |
| **Net increase in cash, cash equivalents, and restricted cash** | 6,493 | 83,310 |
| **Cash, cash equivalents, and restricted cash at beginning of period** | 95,109 | 24,190 |
| **Cash, cash equivalents, and restricted cash at end of period** | $ 101,602 | $ 107,500 |

96.    The financial statements provided *supra* were materially false and misleading, as the Company later admitted that they could not be relied on.

97.    On February 28, 2023, Ocugen filed with the SEC its annual report on Form 10-K for the year ending December 31, 2022 (the "2022 Annual Report"). The 2022 10-K was signed by Defendants Musunuri, Crespo, Kumar, Zhang, Kompella, Castilllo, Fernandes, and Whittington. Attached to the 2022 Annual Report were certifications pursuant to SOX signed by

Defendants Musunuri and Crespo attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting and the disclosure of all fraud.

98.    The 2022 Annual Report contained the following statement regarding the Company's internal controls:

> ***We have carried out an evaluation, under the supervision and with the participation of our management, including our principal executive officer and principal financial officer, of the effectiveness of the design and operation of our disclosure controls and procedures (as defined in Rules 13a-15(e) and 15d-15(e) under the Securities Exchange Act of 1934, as amended (the "Exchange Act")) as of December 31, 2022***. Based upon that evaluation, our principal executive officer and principal financial officer concluded that, as of the end of the period covered by this Annual Report on Form 10-K, ***our disclosure controls and procedures are effective in ensuring that (a) the information required to be disclosed by us in the reports that we file or submit under the Exchange Act is recorded, processed, summarized, and reported within the time periods specified in the SEC's rules and forms***, and (b) such information is accumulated and communicated to our management, including our principal executive officer and principal financial officer, as appropriate to allow timely decisions regarding required disclosure. In designing and evaluating our disclosure controls and procedures, our management recognized that any controls and procedures, no matter how well designed and operated, can provide only reasonable assurance of achieving the desired control objectives, and our management necessarily was required to apply its judgment in evaluating the cost-benefit relationship of possible controls and procedures. [Emphasis added].

99.    The above-referenced statement was materially false and misleading at the time it was made because the Company lacked adequate internal controls, as the Company had materially misstated its financial results for the fiscal year.

100.    The 2022 Annual Report contained the following financial statements:

## OCUGEN, INC.
### CONSOLIDATED BALANCE SHEETS
#### (in thousands, except share and per share amounts)

| | As of December 31, | |
|---|---|---|
| | 2022 | 2021 |
| **Assets** | | |
| Current assets | | |
| Cash and cash equivalents | $ 77,563 | $ 94,958 |
| Marketable securities | 13,371 | — |
| Prepaid expenses and other current assets | 7,558 | 7,688 |
| Total current assets | 98,492 | 102,646 |
| Property and equipment, net | 6,053 | 1,164 |
| Restricted cash | — | 151 |
| Other assets | 4,087 | 1,800 |
| **Total assets** | $ 108,632 | $ 105,761 |
| **Liabilities and stockholders' equity** | | |
| Current liabilities | | |
| Accounts payable | $ 8,062 | $ 2,312 |
| Accrued expenses and other current liabilities | 9,900 | 4,325 |
| Operating lease obligations | 498 | 363 |
| Total current liabilities | 18,460 | 7,000 |
| Non-current liabilities | | |
| Operating lease obligations, less current portion | 3,587 | 1,231 |
| Long term debt, net | 2,289 | 1,712 |
| Other non-current liabilities | 244 | — |
| Total non-current liabilities | 6,120 | 2,943 |
| Total liabilities | 24,580 | 9,943 |
| Commitments and contingencies (Note 15) | | |
| Stockholders' equity | | |
| Convertible preferred stock; $0.01 par value; 10,000,000 shares authorized at December 31, 2022 and 2021 | | |
| Series A; zero and seven issued and outstanding at December 31, 2022 and 2021, respectively | — | — |
| Series B; 54,745 issued and outstanding at December 31, 2022 and 2021 | 1 | 1 |
| Common stock; $0.01 par value; 295,000,000 shares authorized; 221,721,182 and 199,502,183 shares issued, and 221,599,682 and 199,380,683 shares outstanding at December 31, 2022 and 2021, respectively | 2,217 | 1,995 |
| Treasury stock, at cost, 121,500 shares at December 31, 2022 and 2021 | (48) | (48) |
| Additional paid-in capital | 294,874 | 225,537 |
| Accumulated other comprehensive income | 26 | — |
| Accumulated deficit | (213,018) | (131,667) |
| Total stockholders' equity | 84,052 | 95,818 |
| **Total liabilities and stockholders' equity** | $ 108,632 | $ 105,761 |

OCUGEN, INC.
CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE LOSS
(in thousands, except share and per share amounts)

| | Year ended December 31, | |
| --- | --- | --- |
| | 2022 | 2021 |
| Operating expenses | | |
| Research and development | $ 49,757 | $ 35,108 |
| General and administrative | 35,111 | 22,920 |
| Total operating expenses | 84,868 | 58,028 |
| Loss from operations | (84,868) | (58,028) |
| Other income (expense), net | 3,517 | (389) |
| Loss before income taxes | (81,351) | (58,417) |
| Income tax benefit | — | (52) |
| Net loss | $ (81,351) | $ (58,365) |
| Other comprehensive income (loss) | | |
| Foreign currency translation adjustment | 25 | — |
| Unrealized gain (loss) on marketable securities | 1 | — |
| Comprehensive loss | $ (81,325) | $ (58,365) |
| | | |
| Shares used in calculating net loss per common share — basic and diluted | 214,600,051 | 195,013,043 |
| Net loss per common share — basic and diluted | $ (0.38) | $ (0.30) |

**OCUGEN, INC.**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(in thousands)**

| | Year ended December 31, | |
|---|---|---|
| | 2022 | 2021 |
| **Cash flows from operating activities** | | |
| Net loss | $ (81,351) | $ (58,365) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Depreciation and amortization expense | 480 | 229 |
| Amortization (accretion) on marketable securities | (99) | — |
| Non-cash interest expense | 83 | 78 |
| Non-cash lease expense | 593 | 360 |
| Stock-based compensation expense | 10,541 | 6,958 |
| Income tax benefit | — | (52) |
| Gain on forgiveness of Paycheck Protection Program note | — | (426) |
| Impairment on note receivable | — | 761 |
| Other | 479 | 26 |
| Changes in assets and liabilities: | | |
| Prepaid expenses and other current assets | 91 | (742) |
| Accounts payable and accrued expenses | 9,487 | 3,498 |
| Lease obligations | (383) | (366) |
| Other assets | — | 100 |
| **Net cash used in operating activities** | (60,079) | (47,941) |
| **Cash flows from investing activities** | | |
| Purchases of marketable securities | (13,271) | — |
| Purchases of property and equipment | (4,457) | (939) |
| Asset acquisition | — | (127) |
| Issuance of note receivable | — | (750) |
| Repayment of note receivable | 761 | — |
| **Net cash used in investing activities** | (16,967) | (1,816) |
| **Cash flows from financing activities** | | |
| Proceeds from issuance of common stock, net | 59,567 | 129,211 |
| Payment of equity issuance costs | (549) | (8,525) |
| Proceeds from issuance of debt | 500 | — |
| Payments of debt issuance costs | (43) | — |
| Financing lease principal payments | — | (10) |
| **Net cash provided by financing activities** | 59,475 | 120,676 |
| **Effect of changes in exchange rate on cash, cash equivalents, and restricted cash** | 25 | — |
| **Net (decrease) increase in cash, cash equivalents, and restricted cash** | (17,546) | 70,919 |
| **Cash, cash equivalents, and restricted cash at beginning of period** | 95,109 | 24,190 |
| **Cash, cash equivalents, and restricted cash at end of period** | $ 77,563 | $ 95,109 |

101.    The financial statements provided *supra* were materially false and misleading, as the Company later admitted that they could not be relied on.

102.    On April 20, 2023, the Company filed with the SEC its 2023 Proxy Statement. Defendants Musunuri, Kumar, Zhang, Kompella, Whittington, Castillo, and Fernandes solicited the 2023 Proxy Statement, filed pursuant to Section 14(a) of the Exchange Act, which contained material misstatements and omissions.

103.    The 2023 Proxy Statement solicited shareholders to, *inter alia*: (1) reelect Defendants Castillo and Fernandes to the Board; and (2) ratify the selection of Ernst & Young LLP as the Company's Independent Registered Public Accounting Firm for the 2023 Fiscal Year.

104.    Regarding the Company's Code of Ethics, the 2023 Proxy Statement provided, in relevant part:

> We have a written Code of Conduct that applies to our directors and employees, including our executive officers. The Code of Conduct covers fundamental ethical and compliance-related principles and practices such as accurate accounting records and financial reporting, avoiding conflicts of interest, protection and use of our property, compliance with legal and regulatory requirements, and internal reporting procedures for violations of the Code of Conduct. The Code of Conduct is available on our website at www.ocugen.com and any amendments to the Code of Conduct, or any waivers of its requirements, will be disclosed on our website or in a Current Report on Form 8-K, which we will file with the SEC.
>
> Only the Board may waive any specific provisions of the Code of Conduct for directors and executive officers. The Chief Accounting Officer and Senior Vice President, Finance, has been designated as the Compliance Officer, and may waive any specific provision of this Code of Conduct for employees other than a director and executive officer. In the event of an approved waiver involving the conduct of a director or executive officer, appropriate and prompt disclosure, including disclosure of the reasons for the waiver, must be made to our stockholders as required by applicable laws and stock exchange rules. The Audit Committee shall be responsible for monitoring compliance with the Code of Conduct and shall assess the adequacy of the Code of Conduct periodically and recommend any changes to the Code of Conduct to the Board for approval.

105.    Regarding the Board's role in "Risk Oversight," the 2023 Proxy Statement provided, in relevant part:

> Our Board's role in risk oversight is consistent with our leadership structure, with management having day-to-day responsibility for assessing and managing our risk exposure and our Board actively overseeing management of our risks — both at the Board and Committee level. The risk oversight process includes receiving regular reports from each of the Committees and our executive officers to enable our Board to understand our risk identification, risk management, and risk mitigation strategies with respect to areas of potential material risk, including operations (including cyber-security), finance, legal, regulatory, strategic, and reputational risk.

Our Board focuses on the overall risks affecting us. Each Committee has been delegated the responsibility for the oversight of specific risks that fall within its area of responsibility. For example:

• The Audit Committee of our Board ("Audit Committee") oversees management of financial reporting, compliance, and litigation risks, including risks related to our insurance, information technology, cybersecurity, human resources, and regulatory matters, as well as the steps management has taken to monitor and control such exposures.

• The Compensation Committee is responsible for overseeing the management of risks relating to our executive compensation policies, plans, and arrangements and the extent to which those policies, plans, and arrangements increase or decrease our risk.

• The Nominating and Corporate Governance Committee manages risks associated with the independence of our Board, potential conflicts of interest, and the effectiveness of our Board.

• The Science and Technology Committee is responsible for overseeing and assessing business development opportunities to further diversify, strengthen, and unify our product portfolio.

While each Committee is responsible for evaluating certain risks and overseeing the management of such risks, the entire Board is regularly informed through Committee reports about such risks. Matters of significant strategic risk are considered by our entire Board.

106.    Regarding the Audit Committee's responsibilities, the 2023 Proxy Statement

provided, in relevant part:

The Audit Committee assists our Board by providing oversight of our financial management, Independent Registered Public Accounting Firm, and accounting and financial reporting processes, as well as other matters as directed by the Board or the Audit Committee Charter.

Among other things, the Audit Committee's responsibilities include:

• Having sole discretion and direct responsibility for appointing, evaluating, retaining, compensating, overseeing, evaluating, and, when necessary, terminating our engagement with our Independent Registered Public Accounting Firm;

• Discussing with management and the Independent Registered Public Accounting Firm our annual and quarterly financial statements and related disclosures and pre-approving all audit services;

• Establishing and overseeing compliance with our procedures governing treatment of complaints concerning our accounting, internal accounting controls, or auditing matters, and submissions of confidential and anonymous employee concerns regarding accounting or auditing matters;

• Reviewing our Code of Conduct, including assessing the adequacy of the Code of Conduct and recommending any proposed changes to the Board, and our compliance with applicable legal requirements, as well as any litigation or material government investigations, and making corresponding reports to the Board;

• Overseeing our risk assessment and risk management processes and the guidelines and procedures to implement such processes;

• Reviewing and ratifying all related person transactions, based on the standards set forth in our Related Party Transactions Policy; and

• Preparing the Audit Committee Report required to be included in our annual proxy statement.

The members of our Audit Committee are Dr. Kumar (Chair), Dr. Fernandes, and Dr. Whittington. Dr. Whittington became a member of the Audit Committee in June 2022. Manish Potti, former director who did not stand for re-election at our 2022 Annual Meeting of Shareholders, served as a member of our Audit Committee until June 2022. All members of our Audit Committee are deemed "independent" and financially literate under the applicable rules and regulations of the SEC and Nasdaq. Dr. Kumar and Dr. Whittington also qualify as an "audit committee financial expert" within the meaning of SEC regulations.

107.    Defendants Musunuri, Kumar, Zhang, Kompella, Whittington, Castillo, and Fernandes caused the 2023 Proxy Statement to be false and misleading by failing to disclose, *inter alia*, that: (a) the Company's financial statements from May 8, 2020 to April 1, 2024, including important financial metrics such as collaborative arrangement revenue, research and development expenses, other income (expense), net and accrued expenses and other current liabilities, were materially false and misleading; (b) the Company did not have adequate internal controls over financial reporting; (c) as a result, the Company would have to restate its financial statements, at great cost to the Company, for the entire fiscal year ended December 31, 2022 (the "2022 Fiscal Year"), for each of the first three quarters of the 2023 Fiscal Year, and for each of the quarters of

the 2022 Fiscal Year. As a result, Ocugen's statements were materially false and misleading at all relevant times.

108.    The 2023 Proxy Statement was materially false and misleading because, despite assertions to the contrary, the Company's Code of Ethics was not followed, as evidenced by the Individual Defendants (a) making and/or causing the Company to make the numerous false and misleading statements and omissions alleged herein; and (b) failing to report violations of the Code of Ethics. Further, the 2023 Proxy Statement was materially false and misleading because, despite assertions to the contrary, the Board was not adequately performing its risk oversight functions.

109.    As a result of Defendants Musunuri, Kumar, Zhang, Kompella, Whittington, Castillo, and Fernandes causing the 2023 Proxy Statement to be false and misleading, Company shareholders voted, *inter alia*, to reelect Defendants Castillo and Fernandes to the Board, allowing them to continue to breach their fiduciary duties to the Company.

110.    On May 5, 2023, Ocugen filed with the SEC its quarterly report on Form 10-Q for the period ending March 31, 2023 (the "1Q23 Report"). Attached to the 1Q23 Report were certifications pursuant to SOX signed by Defendants Musunuri and Vu attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting and the disclosure of all fraud.

111.    The 1Q23 Report contained the following statement regarding the Company's internal controls:

> *We have carried out an evaluation, under the supervision and with the participation of our management, including our principal executive officer and principal financial officer, of the effectiveness of the design and operation of our disclosure controls and procedures (as defined in Rules 13a-15(e) and 15d-15(e) under the Exchange Act), as of March 31, 2023*. Based upon this evaluation, our principal executive officer and principal financial officer concluded that, as of the end of the period covered by this report, *our disclosure controls and procedures are effective in ensuring that (a) the information*

***required to be disclosed by us in the reports that we file or submit under the Exchange Act is recorded, processed, summarized, and reported within the time periods specified in the SEC's rules and forms***, and (b) such information is accumulated and communicated to our management, including our principal executive officer and principal financial officer, as appropriate to allow timely decisions regarding required disclosures. In designing and evaluating our disclosure controls and procedures, our management recognized that any controls and procedures, no matter how well designed and operated, can provide only reasonable assurance of achieving the desired control objectives, and our management necessarily was required to apply its judgment in evaluating the cost-benefit relationship of possible controls and procedures.  [Emphasis added].

112.    The above-referenced statement was materially false and misleading at the time it was made because the Company lacked adequate internal controls, as the Company had materially misstated its financial results for the quarter.

113.    The 1Q23 Report contained the following financial statements:

OCUGEN, INC.
CONDENSED CONSOLIDATED BALANCE SHEETS
(in thousands, except share and per share amounts)
(Unaudited)

| | March 31, 2023 | December 31, 2022 |
|---|---|---|
| **Assets** | | |
| Current assets | | |
| Cash and cash equivalents | $ 68,259 | $ 77,563 |
| Marketable securities | 8,462 | 13,371 |
| Prepaid expenses and other current assets | 7,680 | 7,558 |
| Total current assets | 84,401 | 98,492 |
| Property and equipment, net | 7,952 | 6,053 |
| Other assets | 3,946 | 4,087 |
| **Total assets** | $ 96,299 | $ 108,632 |
| **Liabilities and stockholders' equity** | | |
| Current liabilities | | |
| Accounts payable | $ 8,092 | $ 8,062 |
| Accrued expenses and other current liabilities | 5,823 | 9,900 |
| Operating lease obligations | 512 | 498 |
| Current portion of long term debt | 1,256 | — |
| Total current liabilities | 15,683 | 18,460 |
| Non-current liabilities | | |
| Operating lease obligations, less current portion | 3,449 | 3,587 |
| Long term debt, net | 1,058 | 2,289 |
| Other non-current liabilities | 309 | 244 |
| Total non-current liabilities | 4,816 | 6,120 |
| Total liabilities | 20,499 | 24,580 |
| Commitments and contingencies (Note 13) | | |
| Stockholders' equity | | |
| Convertible preferred stock; $0.01 par value; 10,000,000 shares authorized at March 31, 2023 and December 31, 2022 | | |
| Series A; zero shares issued and outstanding at March 31, 2023 and December 31, 2022 | — | — |
| Series B; 54,745 shares issued and outstanding at March 31, 2023 and December 31, 2022 | 1 | 1 |
| Common stock; $0.01 par value; 295,000,000 shares authorized, 226,548,693 and 221,721,182 shares issued, and 226,427,193 and 221,599,682 shares outstanding at March 31, 2023 and December 31, 2022, respectively | 2,265 | 2,217 |
| Treasury stock, at cost, 121,500 shares at March 31, 2023 and December 31, 2022 | (48) | (48) |
| Additional paid-in capital | 303,073 | 294,874 |
| Accumulated other comprehensive income | 25 | 26 |
| Accumulated deficit | (229,516) | (213,018) |
| Total stockholders' equity | 75,800 | 84,052 |
| **Total liabilities and stockholders' equity** | $ 96,299 | $ 108,632 |

**OCUGEN, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE LOSS**
**(in thousands, except share and per share amounts)**
**(Unaudited)**

| | Three months ended March 31, | |
| --- | --- | --- |
| | 2023 | 2022 |
| Operating expenses | | |
| Research and development | $ 9,558 | $ 7,915 |
| General and administrative | 8,193 | 10,119 |
| Total operating expenses | 17,751 | 18,034 |
| Loss from operations | (17,751) | (18,034) |
| Other income (expense), net | 1,253 | 15 |
| Net loss | $ (16,498) | $ (18,019) |
| Other comprehensive income (loss) | | |
| Foreign currency translation adjustment | (1) | — |
| Comprehensive loss | $ (16,499) | $ (18,019) |
| | | |
| Shares used in calculating net loss per common share — basic and diluted | 225,523,627 | 205,693,498 |
| Net loss per share of common stock — basic and diluted | $ (0.07) | $ (0.09) |

**OCUGEN, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(in thousands)**
**(Unaudited)**

| | Three months ended March 31, | |
|---|---|---|
| | 2023 | 2022 |
| **Cash flows from operating activities** | | |
| Net loss | $ (16,498) | $ (18,019) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Depreciation and amortization expense | 174 | 76 |
| Amortization (accretion) on marketable securities | (143) | — |
| Non-cash interest expense | 24 | 19 |
| Non-cash lease expense | 131 | 179 |
| Stock-based compensation expense | 2,689 | 3,299 |
| Other | 352 | — |
| Changes in assets and liabilities: | | |
| Prepaid expenses and other current assets | (60) | (575) |
| Accounts payable and accrued expenses | (4,784) | 131 |
| Lease obligations | (125) | (176) |
| **Net cash used in operating activities** | (18,240) | (15,066) |
| **Cash flows from investing activities** | | |
| Purchases of marketable securities | (3,947) | — |
| Proceeds from the maturities of marketable securities | 9,000 | — |
| Purchases of property and equipment | (1,612) | (223) |
| **Net cash provided by (used in) investing activities** | 3,441 | (223) |
| **Cash flows from financing activities** | | |
| Proceeds from issuance of common stock, net | 5,731 | 50,177 |
| Payment of equity issuance costs | (173) | (75) |
| Payment of debt issuance costs | (62) | — |
| **Net cash provided by financing activities** | 5,496 | 50,102 |
| **Effect of changes in exchange rate on cash, cash equivalents, and restricted cash** | (1) | — |
| **Net (decrease) increase in cash, cash equivalents, and restricted cash** | (9,304) | 34,813 |
| **Cash, cash equivalents and restricted cash at beginning of period** | 77,563 | 95,109 |
| **Cash, cash equivalents, and restricted cash at end of period** | $ 68,259 | $ 129,922 |
| **Supplemental disclosure of non-cash investing and financing transactions:** | | |
| Purchases of property and equipment | $ 1,119 | $ 611 |
| Equity issuance costs | $ — | $ 71 |

114.    The financial statements provided *supra* were materially false and misleading, as the Company later admitted that they could not be relied on.

115.    On August 21, 2023, Ocugen filed with the SEC its quarterly report on Form 10-Q for the period ending June 30, 2023 (the "2Q23 Report"). Attached to the 2Q23 Report were certifications pursuant to SOX signed by Defendant Musunuri (in the capacity of CEO as well as interim principal financial officer) attesting to the accuracy of financial reporting, the disclosure

of any material changes to the Company's internal control over financial reporting and the disclosure of all fraud.

116.    The 2Q23 Report contained the following statement regarding the Company's internal controls:

> ***We have carried out an evaluation, under the supervision and with the participation of our management, including our principal executive officer who is also our interim principal financial officer, of the effectiveness of the design and operation of our disclosure controls and procedures (as defined in Rules 13a-15(e) and 15d-15(e) under the Exchange Act), as of June 30, 2023.*** Based upon this evaluation, our principal executive officer/interim principal financial officer concluded that, as of the end of the period covered by this report, ***our disclosure controls and procedures are effective in ensuring that (a) the information required to be disclosed by us in the reports that we file or submit under the Exchange Act is recorded, processed, summarized, and reported within the time periods specified in the SEC's rules and forms***, and (b) such information is accumulated and communicated to our management, including our principal executive officer/interim principal financial officer, as appropriate to allow timely decisions regarding required disclosures. In designing and evaluating our disclosure controls and procedures, our management recognized that any controls and procedures, no matter how well designed and operated, can provide only reasonable assurance of achieving the desired control objectives, and our management necessarily was required to apply its judgment in evaluating the cost-benefit relationship of possible controls and procedures.  [Emphasis added].

117.    The above-referenced statement was materially false and misleading at the time it was made because the Company lacked adequate internal controls, as the Company had materially misstated its financial results for the quarter.

118.    The 2Q23 Report contained the following financial statements:

OCUGEN, INC.
CONDENSED CONSOLIDATED BALANCE SHEETS
(in thousands, except share and per share amounts)
(Unaudited)

| | | June 30, 2023 | | December 31, 2022 |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets | | | | |
| Cash and cash equivalents | $ | 70,578 | $ | 77,563 |
| Marketable securities | | — | | 13,371 |
| Prepaid expenses and other current assets | | 2,874 | | 7,558 |
| Total current assets | | 73,452 | | 98,492 |
| Property and equipment, net | | 11,720 | | 6,053 |
| Other assets | | 3,804 | | 4,087 |
| **Total assets** | $ | 88,976 | $ | 108,632 |
| **Liabilities and stockholders' equity** | | | | |
| Current liabilities | | | | |
| Accounts payable | $ | 3,881 | $ | 8,062 |
| Accrued expenses and other current liabilities | | 7,787 | | 9,900 |
| Operating lease obligations | | 526 | | 498 |
| Current portion of long term debt | | 1,266 | | — |
| Total current liabilities | | 13,460 | | 18,460 |
| Non-current liabilities | | | | |
| Operating lease obligations, less current portion | | 3,308 | | 3,587 |
| Long term debt, net | | 1,472 | | 2,289 |
| Other non-current liabilities | | 455 | | 244 |
| Total non-current liabilities | | 5,235 | | 6,120 |
| Total liabilities | | 18,695 | | 24,580 |
| Commitments and contingencies (Note 13) | | | | |
| Stockholders' equity | | | | |
| Convertible preferred stock; $0.01 par value; 10,000,000 shares authorized at June 30, 2023 and December 31, 2022 | | | | |
| Series A; zero shares issued and outstanding at June 30, 2023 and December 31, 2022 | | — | | — |
| Series B; 54,745 shares issued and outstanding at June 30, 2023 and December 31, 2022 | | 1 | | 1 |
| Common stock; $0.01 par value; 295,000,000 shares authorized, 256,608,552 and 221,721,182 shares issued, and 256,487,052 and 221,599,682 shares outstanding at June 30, 2023 and December 31, 2022, respectively | | 2,566 | | 2,217 |
| Treasury stock, at cost, 121,500 shares at June 30, 2023 and December 31, 2022 | | (48) | | (48) |
| Additional paid-in capital | | 320,181 | | 294,874 |
| Accumulated other comprehensive income | | 22 | | 26 |
| Accumulated deficit | | (252,441) | | (213,018) |
| Total stockholders' equity | | 70,281 | | 84,052 |
| **Total liabilities and stockholders' equity** | $ | 88,976 | $ | 108,632 |

OCUGEN, INC.
CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE LOSS
(in thousands, except share and per share amounts)
(Unaudited)

| | Three months ended June 30, | | Six months ended June 30, | |
|---|---|---|---|---|
| | 2023 | 2022 | 2023 | 2022 |
| Operating expenses | | | | |
| Research and development | $ 14,169 | $ 9,007 | $ 23,727 | $ 16,922 |
| General and administrative | 9,564 | 10,558 | 17,757 | 20,677 |
| Total operating expenses | 23,733 | 19,565 | 41,484 | 37,599 |
| Loss from operations | (23,733) | (19,565) | (41,484) | (37,599) |
| Other income (expense), net | 808 | 94 | 2,061 | 109 |
| Net loss | $ (22,925) | $ (19,471) | $ (39,423) | $ (37,490) |
| Other comprehensive income (loss) | | | | |
| Foreign currency translation adjustment | (2) | 10 | (3) | 10 |
| Unrealized gain (loss) on marketable securities | (1) | — | (1) | — |
| Comprehensive loss | $ (22,928) | $ (19,461) | $ (39,427) | $ (37,480) |
| | | | | |
| Shares used in calculating net loss per common share — basic and diluted | 238,311,498 | 215,862,977 | 231,952,888 | 210,806,330 |
| Net loss per share of common stock — basic and diluted | $ (0.10) | $ (0.09) | $ (0.17) | $ (0.18) |

**OCUGEN, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(in thousands)**
**(Unaudited)**

| | Six months ended June 30, | |
| --- | --- | --- |
| | 2023 | 2022 |
| **Cash flows from operating activities** | | |
| Net loss | $ (39,423) | $ (37,490) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Depreciation and amortization expense | 348 | 166 |
| Amortization (accretion) on marketable securities | (182) | — |
| Non-cash interest expense | 54 | 38 |
| Non-cash lease expense | 265 | 334 |
| Stock-based compensation expense | 5,321 | 5,378 |
| Impairment of advance for COVAXIN supply | 4,074 | — |
| Loss on disposal of fixed assets related to COVAXIN | 363 | — |
| Other | 439 | — |
| Changes in assets and liabilities: | | |
| Prepaid expenses and other current assets | 572 | 132 |
| Accounts payable and accrued expenses | (8,625) | 2,844 |
| Lease obligations | (252) | (265) |
| **Net cash used in operating activities** | (37,046) | (28,863) |
| **Cash flows from investing activities** | | |
| Purchases of marketable securities | (3,947) | — |
| Proceeds from the maturities of marketable securities | 17,500 | — |
| Purchases of property and equipment | (4,389) | (1,589) |
| **Net cash provided by (used in) investing activities** | 9,164 | (1,589) |
| **Cash flows from financing activities** | | |
| Proceeds from issuance of common stock, net | 20,690 | 50,538 |
| Payment of equity issuance costs | (222) | (200) |
| Proceeds from issuance of debt | 500 | — |
| Payment of debt issuance costs | (68) | — |
| **Net cash provided by financing activities** | 20,900 | 50,338 |
| **Effect of changes in exchange rate on cash and cash equivalents** | (3) | 10 |
| **Net (decrease) increase in cash and cash equivalents** | (6,985) | 19,896 |
| **Cash, cash equivalents, and restricted cash at beginning of period** | 77,563 | 95,109 |
| **Cash and cash equivalents at end of period** | $ 70,578 | $ 115,005 |
| Supplemental disclosure of non-cash investing and financing transactions: | | |
| Equity issuance costs | $ 133 | $ 69 |
| Purchases of property and equipment | $ 2,637 | $ 491 |
| Right-of-use asset related to operating leases | $ — | $ 2,918 |

119.    The financial statements provided *supra* were materially false and misleading, as the Company later admitted that they could not be relied on.

120.    On November 9, 2023, Ocugen filed with the SEC its quarterly report on Form 10-Q for the period ending September 30, 2023 (the "3Q23 Report"). Attached to the 3Q23 Report were certifications pursuant to SOX signed by Defendant Musunuri and Breininger attesting to the

accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting and the disclosure of all fraud.

121.    The 3Q23 Report contained the following statement regarding the Company's internal controls:

> *We have carried out an evaluation, under the supervision and with the participation of our management, including our principal executive officer and principal financial officer, of the effectiveness of the design and operation of our disclosure controls and procedures (as defined in Rules 13a-15(e) and 15d-15(e) under the Exchange Act), as of September 30, 2023.* Based upon this evaluation, our principal executive officer and principal financial officer concluded that, as of the end of the period covered by this report, *our disclosure controls and procedures are effective in ensuring that (a) the information required to be disclosed by us in the reports that we file or submit under the Exchange Act is recorded, processed, summarized, and reported within the time periods specified in the SEC's rules and forms*, and (b) such information is accumulated and communicated to our management, including our principal executive officer and principal financial officer, as appropriate to allow timely decisions regarding required disclosures. In designing and evaluating our disclosure controls and procedures, our management recognized that any controls and procedures, no matter how well designed and operated, can provide only reasonable assurance of achieving the desired control objectives, and our management necessarily was required to apply its judgment in evaluating the cost-benefit relationship of possible controls and procedures.  [Emphasis added].

122.    The above-referenced statement was materially false and misleading at the time it was made because the Company lacked adequate internal controls, as the Company had materially misstated its financial results for the quarter.

123.    The 3Q23 Report contained the following financial statements:

**OCUGEN, INC.**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(in thousands, except share and per share amounts)**
**(Unaudited)**

| | | September 30, 2023 | | December 31, 2022 |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets | | | | |
| Cash and cash equivalents | $ | 53,477 | $ | 77,563 |
| Marketable securities | | — | | 13,371 |
| Prepaid expenses and other current assets | | 3,081 | | 7,558 |
| Total current assets | | 56,558 | | 98,492 |
| Property and equipment, net | | 14,469 | | 6,053 |
| Other assets | | 3,660 | | 4,087 |
| **Total assets** | $ | 74,687 | $ | 108,632 |
| **Liabilities and stockholders' equity** | | | | |
| Current liabilities | | | | |
| Accounts payable | $ | 2,921 | $ | 8,062 |
| Accrued expenses and other current liabilities | | 6,399 | | 9,900 |
| Operating lease obligations | | 540 | | 498 |
| Current portion of long term debt | | 1,276 | | — |
| Total current liabilities | | 11,136 | | 18,460 |
| Non-current liabilities | | | | |
| Operating lease obligations, less current portion | | 3,164 | | 3,587 |
| Long term debt, net | | 1,495 | | 2,289 |
| Other non-current liabilities | | 497 | | 244 |
| Total non-current liabilities | | 5,156 | | 6,120 |
| Total liabilities | | 16,292 | | 24,580 |
| Commitments and contingencies (Note 13) | | | | |
| Stockholders' equity | | | | |
| Convertible preferred stock; $0.01 par value; 10,000,000 shares authorized at September 30, 2023 and December 31, 2022 | | | | |
| Series A; zero shares issued and outstanding at September 30, 2023 and December 31, 2022 | | — | | — |
| Series B; 54,745 shares issued and outstanding at September 30, 2023 and December 31, 2022 | | 1 | | 1 |
| Common stock; $0.01 par value; 295,000,000 shares authorized, 256,621,487 and 221,721,182 shares issued, and 256,499,987 and 221,599,682 shares outstanding at September 30, 2023 and December 31, 2022, respectively | | 2,566 | | 2,217 |
| Treasury stock, at cost, 121,500 shares at September 30, 2023 and December 31, 2022 | | (48) | | (48) |
| Additional paid-in capital | | 322,452 | | 294,874 |
| Accumulated other comprehensive income | | 27 | | 26 |
| Accumulated deficit | | (266,603) | | (213,018) |
| Total stockholders' equity | | 58,395 | | 84,052 |
| **Total liabilities and stockholders' equity** | $ | 74,687 | $ | 108,632 |

**OCUGEN, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE LOSS**
**(in thousands, except share and per share amounts)**
**(Unaudited)**

| | Three months ended September 30, | | Nine months ended September 30, | |
|---|---|---|---|---|
| | 2023 | 2022 | 2023 | 2022 |
| Operating expenses | | | | |
| Research and development | $ 6,342 | $ 15,622 | $ 30,069 | $ 32,544 |
| General and administrative | 9,082 | 7,497 | 26,839 | 28,174 |
| Total operating expenses | 15,424 | 23,119 | 56,908 | 60,718 |
| Loss from operations | (15,424) | (23,119) | (56,908) | (60,718) |
| Other income (expense), net | 1,262 | 1,197 | 3,323 | 1,306 |
| Net loss | $ (14,162) | $ (21,922) | $ (53,585) | $ (59,412) |
| Other comprehensive income (loss) | | | | |
| Foreign currency translation adjustment | 5 | 20 | 2 | 30 |
| Unrealized gain (loss) on marketable securities | — | — | (1) | — |
| Comprehensive loss | $ (14,157) | $ (21,902) | $ (53,584) | $ (59,382) |
| | | | | |
| Shares used in calculating net loss per common share — basic and diluted | 256,492,558 | 216,591,011 | 240,222,667 | 212,755,746 |
| Net loss per share of common stock — basic and diluted | $ (0.06) | $ (0.10) | $ (0.22) | $ (0.28) |

**OCUGEN, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(in thousands)**
**(Unaudited)**

| | Nine months ended September 30, | |
| --- | --- | --- |
| | 2023 | 2022 |
| **Cash flows from operating activities** | | |
| Net loss | $ (53,585) | $ (59,412) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Depreciation and amortization expense | 525 | 307 |
| Amortization (accretion) on marketable securities | (182) | — |
| Non-cash interest expense | 87 | 58 |
| Non-cash lease expense | 401 | 463 |
| Stock-based compensation expense | 7,495 | 7,873 |
| Impairment of advance for COVAXIN supply | 4,074 | — |
| Loss on disposal of fixed assets related to COVAXIN | 363 | — |
| Other | 379 | (673) |
| Changes in assets and liabilities: | | |
| Prepaid expenses and other current assets | 132 | 1,888 |
| Accounts payable and accrued expenses | (10,059) | 6,592 |
| Lease obligations | (382) | (261) |
| **Net cash used in operating activities** | (50,752) | (43,165) |
| **Cash flows from investing activities** | | |
| Purchases of marketable securities | (3,947) | — |
| Proceeds from the maturities of marketable securities | 17,500 | — |
| Purchases of property and equipment | (7,754) | (2,433) |
| Repayment of note receivable | — | 761 |
| **Net cash provided by (used in) investing activities** | 5,799 | (1,672) |
| **Cash flows from financing activities** | | |
| Proceeds from issuance of common stock, net | 20,788 | 51,141 |
| Payment of equity issuance costs | (355) | (298) |
| Proceeds from issuance of debt | 500 | 500 |
| Payment of debt issuance costs | (68) | (43) |
| **Net cash provided by financing activities** | 20,865 | 51,300 |
| **Effect of changes in exchange rate on cash and cash equivalents** | 2 | 30 |
| **Net (decrease) increase in cash and cash equivalents** | (24,086) | 6,493 |
| **Cash, cash equivalents, and restricted cash at beginning of period** | 77,563 | 95,109 |
| **Cash and cash equivalents at end of period** | $ 53,477 | $ 101,602 |
| **Supplemental disclosure of non-cash investing and financing transactions:** | | |
| Equity issuance costs | $ — | $ 2 |
| Purchases of property and equipment | $ 1,969 | $ 1,231 |
| Right-of-use asset related to operating leases | $ — | $ 2,916 |
| Debt issuance costs | $ — | $ 19 |

124.    The financial statements provided *supra* were materially false and misleading, as the Company later admitted that they could not be relied on.

125.    The above-referenced statements were materially false and/or misleading because they misrepresented and failed to disclose the following adverse facts pertaining to the Company's business, operations, and prospects, which were known to Defendants or recklessly disregarded

by them. Specifically, the Individual Defendants made false and/or misleading statements and/or failed to disclose that: (a) Ocugen's financial statements from May 8, 2020 to the present were materially misstated; (b) Ocugen did not have adequate internal controls; and (c) as a result, Defendants' statements about its business, operations, and prospects, were materially false and misleading and/or lacked a reasonable basis at all times.

## THE TRUTH EMERGES

126.    On April 1, 2024, after the market closed, Ocugen filed with the SEC a current report on Form 8-K (the "Restatement Announcement").  The Restatement Announcement stated the following:

> In connection with the preparation of the financial statements of Ocugen, Inc. (the "Company") for the year ended December 31, 2023, the Company, in consultation with its independent registered public accounting firm, Ernst & Young LLP ("EY"), identified certain accounting errors related to the application of U.S. GAAP to certain agreements with one of its business partners related to a collaboration agreement.

> On April 1, 2024, the Audit Committee of the Board of Directors (the "Audit Committee"), based on the recommendation of management and after consultation with EY, *concluded that the Company's previously-issued audited consolidated financial statements for each fiscal year beginning January 1, 2020* and its previously-issued unaudited interim condensed consolidated financial statements for each of the first three quarters in such years, as well as the associated earnings releases and investor presentations or other communications *describing such financial statements, were materially misstated and, accordingly, should no longer be relied upon*.

> *The Company intends to restate its consolidated financial statements as of and for the* year ended December 31, 2022, in connection with the filing of its 2023 Form 10-K. Similarly, the Company will include restated unaudited financial information for each of the first three quarters of 2023 and 2022 in its 2023 Form 10-K (each such annual and quarterly period to be restated, a "Restated Period").

> The identified errors in each of the Restated Periods relate to the Company's accounting for the estimated costs in one of its collaboration arrangements. *These identified errors will result in a restatement of the following financial statement*

78

*line item captions: Collaborative arrangement revenue, Research and development expenses, Other income (expense), net and Accrued expenses and other current liabilities.*

The Company is currently not in a position to provide a reasonable estimate of the anticipated changes in its results of operations for the year ended December 31, 2023, for any Restated Period. However, the Company does not expect the errors to result in any impact on its cash position, cash runway, or financial projections.

Additionally, the Company has determined that the errors resulted from the existence of a material weakness in its internal control over financial reporting that also existed during the Restated Periods and that its internal control over financial reporting was not effective as of December 31, 2023. As a result, the Company's Chief Executive Officer and Chief Accounting Officer have concluded that the Company's disclosure controls and procedures were not effective as of December 31, 2023.

On April 1, 2024, the Company filed a notification of inability to timely file Form 10-K on Form 12b-25 due to additional time required for the Company to correct the errors described above and prepare restated financial statements. At this time, the Company expects to file the 2023 Form 10-K no later than April 16, 2024. However, there can be no assurance that the Company will be able to prepare restated financial statements and file the 2023 Form 10-K on the timeline anticipated, or that no additional errors will be identified.  [Emphasis added].

127.    As mentioned above in the Restatement announcement, after market hours on April 1, 2024, the Company filed with the SEC a Notification of Late Filing on Form 12b-25. It stated, in pertinent part, the following:

In connection with the preparation of the financial statements of the Company for the year ended December 31, 2023, the Company identified certain accounting errors relating to the application of U.S. GAAP to certain agreements with one of its business partners related to a collaboration agreement. As a result, the Company intends to restate its financial statements for the year ended December 31, 2022 and for each of the first three quarters of 2022 and 2023 in the 2023 Form 10-K, the review and preparation of which is currently ongoing. Given the scope of the process to prepare the restatements and related disclosures, the Company requires additional time to prepare and review its financial statements and other disclosures in its 2023 Form 10-K. Therefore, the Company is unable to complete and file the 2023 Form 10-K by the required due date of April 1, 2024.

128.    On this news, Ocugen's stock fell $0.16 per share, or 10.38%, to close at $1.38 per share on April 2, 2024, damaging investors.

129.    As a result of the Individual Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's common shares, the Company has suffered significant losses and damages.

## DAMAGES TO THE COMPANY

### Securities Class Action

130.    On April 11, 2024, a securities class action complaint was filed in the United States District Court for the Eastern District of Pennsylvania against the Company and the Officer Defendants.  The complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), and SEC Rule 10b-5, in the case captioned: *Patterson v. Ocugen, Inc., et al.*, Case No. 2:24-cv-01500 (E.D. Pa.) ("Securities Class Action").

131.    As a result of the wrongs complained of herein, the Individual Defendants have subjected the Company to the significant cost of defending itself and certain of the Company's former officers.  The Company will continue to incur significant sums in relation to the above Securities Class Actions and any liability or settlement that results.

### Unjust Compensation

132.    At all relevant times, the Company paid lucrative compensation to each of the Individual Defendants. The Company paid the Individual Defendants in connection with their respective roles as officers and/or directors of the Company.

133.    Accordingly, as part of their respective roles, the Individual Defendants were required to, among other things, exercise due care and diligence in the management and administration of the affairs of the Company, act ethically and in compliance with all laws and regulations, maintain adequate internal controls, and conduct business in a fair and transparent manner.  Further, each of the Individual Defendants had additional duties and responsibilities owed

to the Company by virtue of their executive, directorial and/or committee roles, as described *infra*, for which they were compensated for.

134.    However, the Individual Defendants failed to carry out their duties adequately or at all, causing harm to the Company, as alleged herein.  Because the Individual Defendants failed to carry out their respective duties, the compensation they received during the Relevant Period was excessive and undeserved.  As such, the Individual Defendants were unjustly enriched to the detriment of the Company.

**Insider Trading**

135.    While in possession of material, non-public information, that is the true business, financial, and operational prospects of the business, certain of the Individual Defendants decided to take advantage of the Company's artificially inflated stock price to garner substantial proceeds

136.    More specifically, Defendants Zhang, Castillo, Kompella, Musunuri, Subramanian, Fernandes, Kumar, and Potti engaged in lucrative insider sales of Company common stock while the share price was artificially inflated because of their breaches of their fiduciary duties, resulting in aggregate personal proceeds of approximately $38 million.

**Additional Damage to the Company**

137.    In addition to the damages specified above, the Company will also suffer further losses in relation to any internal investigations and amounts paid to lawyers, accountants, and investigators in connection thereto.

138.    The Company will also suffer losses in relation to the Individual Defendants' failure to maintain adequate internal controls, including the expense involved with implementing and maintaining improved internal controls.

139.    The Company has also suffered, and will continue to suffer, a loss of reputation as a direct and proximate result of the Individual Defendants' misconduct which will plague the Company's share price going forward.

## CORPORATE GOVERNANCE

140.    At all relevant times, the Company had in place extensive corporate governance documents imposing duties and responsibilities on its directors and officers, and additional duties on the Company's committee members. Accordingly, each of the Individual Defendants were required to comply with the corporate governance documents, as detailed below.

141.    Despite the following corporate governance, the conduct of the Individual Defendants complained of herein involves a knowing and culpable violation of their obligations as directors and officers of the Company, the absence of good faith on their part, and a reckless disregard for their duties to the Company and its investors that the Individual Defendants were aware posed a risk of serious injury to the Company.

**Code of Conduct**

142.    According to the Company's Code of Ethics, the Code of Ethics "is a reaffirmation of our commitment to conducting our business ethically, with integrity, and to observe applicable laws, rules and regulations."

143.    The Board represents that it adopted the Code of Ethics to "demonstrate our firm commitment to compliance and to reflect our belief in the highest standards of ethics and integrity." The Board establishes the following about the Code of Ethics:

> The Code is designed to promote (i) honest and ethical conduct, including the ethical handling of actual or apparent conflicts of interest between personal and professional relationships, (ii) full, fair, accurate, timely, and understandable disclosure in reports and documents the Company files with, or submit to, the Securities and Exchange Commission (the "SEC") and in our other public communications, (iii) compliance with applicable governmental laws, rules and

regulations, (iv) prompt internal reporting of violations of the Code to an appropriate person or persons identified in the Code and (v) to ensure accountability for adherence to the Code. It also serves as a guide to help us achieve our goals and set expectations by highlighting many of the laws, rules and regulations that affect our industry. But, more importantly, it helps protect our reputation by ensuring to our business partners, investors and patients that together we are committed to a culture of compliance. The Company's Chief Financial Officer or other person performing similar duties (such person is referred to herein as the "Chief Financial Officer") has been designated to be the compliance officer (the "Compliance Officer") for purposes of the implementation, interpretation and administration of the Code.

144.    In a section titled "Your Responsibilities," the Code of Ethics states the following:

The Code is meant to familiarize you with our commitment to conducting our business ethically and with integrity and to observe applicable laws, rules and regulations. It is of the upmost importance that you read, understand and comply with the Code. We expect all employees, executive officers and directors to:

•     Understand and comply with the Code and all other Ocugen policies;

•     Act with integrity, honesty and high ethical standards in conducting Ocugen business;

•     Always treat colleagues with respect;

•     Seek guidance if you are unsure about what to do in a particular situation;

•     Promptly report any suspected violations of this Code to the appropriate persons; and

•     Fully cooperate with any Company investigation of alleged misconduct.

145.    In a section titled "Additional Responsibilities of Supervisors, Executive Officers and Directors," the Code of Ethics states the following:

Supervisors, executive officers and directors have additional responsibilities and are expected to serve as a positive role model for employees. Supervisors, executive officers and directors must:

•     Create an environment where employees are encouraged to ask questions and raise concerns without fear of retaliation;

•     Demonstrate commitment to maintaining high ethical standards;

- Enforce and comply with the Code; and

- Promptly report any suspected violations of this Code to the appropriate persons.

146.    In a section titled "Reporting," the Code of Ethics states the following, in relevant

part:

Every employee, executive officer and director has the responsibility to ask questions, seek guidance, report suspected violations and express concerns regarding the enforcement of the Code, the law and other Company policies.

Any employee, executive officer or director who knows or believes that any other employee or agent of the Company has engaged, or is engaging, in conduct that violates applicable law, this Code or Company policy should report such information to their supervisor, a Human Resources representative, our Compliance Officer or anonymously by submitting such concerns via the Whistleblower Hotline. All employees have access to the Company's Whistleblower Hotline, via telephone at +1 844-684-5525 or online at ocugen.ethicspoint.com, through which suspected violations may be reported confidentially and anonymously. Human Resources will monitor the Whistleblower Hotline. Human Resources or the relevant supervisor to whom concerns were reported must promptly report concerns of suspected violations to the Compliance Officer (unless the report concerns the Compliance Officer, in which case the report may be made directly to the Audit Committee). Any concerns involving directors or executive officers will be reported by the Compliance Officer to the Audit Committee. While we prefer that you identify yourself when reporting violations so that we may follow up with you, as necessary, for additional information, you may report anonymously.

While it is our desire to address matters internally, nothing in the Code should discourage you from reporting any illegal activity, including any violation of securities laws, antitrust laws, environmental laws or any other federal, state or foreign law, rule or regulation, to the appropriate regulatory authority.

147.    In a section titled "Compliance with Laws, Rules, and Regulations Worldwide,"

the Code of Ethics states the following:

Our industry is highly regulated, and regulation affects virtually every functional area of our business.

Ocugen and all of our employees are required to comply with all laws, rules and regulations that apply to the operations of our Company including, but not limited to, laws, rules and regulations that govern the development, manufacturing and clinical distribution of products; securities laws; privacy laws; employment laws;

and local, state and federal laws, including those relating to duties owed by corporate officers and directors.

In certain aspects of our business activities, we have made further commitments to comply with generally accepted industry codes of conduct. Because Ocugen may operate outside of the United States, the laws and regulatory requirements of more than one country may apply to certain activities. In the event local laws and regulatory requirements differ from the Code or other Company policy, the stricter requirements generally apply.

148.    In a section titled "Insider Trading," the Code of Ethics states the following:

You are prohibited from buying, selling or engaging in any other transaction with respect to securities of Ocugen or any other company, including the Company's suppliers and customers, while in possession of material, non-public information. Material information is any information that a reasonable investor would consider important in making an investment decision. You must also refrain from sharing, tipping or disclosing material, non-public information with others.

You should be aware that stock market surveillance techniques are becoming increasingly sophisticated, and the probability that U.S. federal or other regulatory authorities will detect and prosecute even small level trading is significant. Insider trading rules are strictly enforced, even in instances where the financial transactions seem small. Violations of the U.S. securities laws may result in civil and criminal penalties, including disgorgement of profits, civil judgments, fines and jail sentences.

All directors, executive officers and employees are also subject to our Insider Trading Policy, which is available on our intranet site. You should review and be familiar with the Insider Trading Policy. If you are uncertain about the constraints on your purchase or sale of any securities by virtue of your relationship with Ocugen, you should consult with our Chief Financial Officer or our Compliance Officer before making any such purchases or sale.

149.    In a section titled "Accuracy of Books and Records and Public Reports," the Code

of Ethics states the following:

The Company has an obligation to make and keep books, records and accounts that, in reasonable detail, accurately and fairly reflect the Company's transactions and to maintain tax records and prepare tax returns that comply with applicable laws, rules and regulations. The Company must also maintain a system of internal accounting controls that meet generally accepted accounting principles and applicable laws, rules and regulations. All employees who are responsible for any aspect of the Company's internal accounting controls and financial and tax reporting systems (including, but not limited to, the Chief Executive Officer, Chief

Financial Officer, the principal accounting officers and persons performing similar functions) must conduct themselves using the highest ethical standards of integrity and honesty, in a manner that allows the Company to meet accounting and legal requirements and to prepare financial reports and financial statements that are not false or misleading, and that present full, fair, accurate, timely and understandable disclosure in the Company's periodic reports and other public communications.

You must honestly and accurately report all business transactions. You are responsible for the accuracy of your records and reports. Accurate information is essential to our ability to meet legal and regulatory requirements.

All Company books, records and accounts will be maintained in accordance with all applicable regulations and standards and accurately reflect the true nature of the transactions they record. No employee, executive officer or director may override, or direct others to override, the Company's established system of internal controls over financial reporting and disclosure. The financial statements of the Company must conform to generally accepted accounting rules and the Company's finance policies. No undisclosed or unrecorded account or fund shall be established for any purpose. No false or misleading entries should be made in the Company's books or records for any reason, and no disbursement of corporate funds or other corporate property should be made without adequate supporting documentation. Transactions of the Company are to be executed only in accordance with management's general or specific authorizations.

It is our policy to provide full, fair, accurate, timely and understandable disclosure in reports and documents filed with, or submitted to, the SEC and in other public communications.

### **Audit Committee Charter**

150.    The Company also maintains an Audit Committee Charter which sets forth certain additional responsibilities of the members of the Audit Committee.

151.    Under a section titled "Purpose", the Audit Committee Charter states "the purpose of the Audit Committee of the Board of Directors (the 'Board') of Ocugen, Inc. (the 'Company') is to assist the Board's oversight of the Company's accounting and financial reporting processes and the audits of the Company's financial statements."

152.    Under a section titled "Authority and Responsibilities" the Audit Committee Charter outlines the Audit Committee's responsibilities as follows:

The Audit Committee shall discharge its responsibilities, and shall assess the information provided by the Company's management and the Company's registered public accounting firm (the "independent auditor"), in accordance with its business judgment. Management is responsible for the preparation, presentation, and integrity of the Company's financial statements, for the appropriateness of the accounting principles and reporting policies that are used by the Company and for establishing and maintaining adequate internal control over financial reporting. The independent auditor is responsible for auditing the Company's financial statements and, when required, the Company's internal control over financial reporting and for reviewing the Company's unaudited interim financial statements. The authority and responsibilities set forth in this Charter do not reflect or create any duty or obligation of the Audit Committee to plan or conduct any audit, to determine or certify that the Company's financial statements are complete, accurate, fairly represented, or in accordance with generally accepted accounting principles or applicable law, or to guarantee the independent auditor's reports.

153.    Under a section titled "Oversight of Independent Auditor" the Audit Committee

Charter outlines the Audit Committee's responsibilities as follows, in relevant part:

- Selection. The Audit Committee shall be solely and directly responsible for appointing, evaluating, retaining and, when necessary, terminating the engagement of the independent auditor. The Audit Committee may, in its discretion, seek stockholder ratification of the independent auditor it appoints.

- Independence. The Audit Committee shall take, or recommend that the full Board take, appropriate action to oversee the independence of the independent auditor. In connection with this responsibility, the Audit Committee shall obtain and review the requirements of the Public Company Accounting Oversight Board (the "PCAOB") regarding the independent auditor's communications with the Audit Committee concerning independence. The Audit Committee shall actively engage in dialogue with the independent auditor concerning any disclosed relationships or services that might impact the objectivity and independence of the auditor.

- Compensation. The Audit Committee shall have sole and direct responsibility for setting the compensation of the independent auditor. The Audit Committee is empowered, without further action by the Board, to cause the Company to pay the compensation of the independent auditor established by the Audit Committee

- Preapproval of Services. The Audit Committee shall preapprove all audit services to be provided to the Company, whether provided by the principal auditor or other firms, and all other services (review, attest and non-audit) to be provided to the Company by the independent auditor; provided,

however, that de minimis non-audit services may instead be approved in accordance with applicable SEC rules

- Oversight. The independent auditor shall report directly to the Audit Committee, and the Audit Committee shall have sole and direct responsibility for overseeing the work of the independent auditor, including resolution of disagreements between Company management and the independent auditor regarding financial reporting

154.    Under a section titled "Audited Financial Statements" the Audit Committee Charter

outlines the Audit Committee's responsibilities as follows:

- Review and Discussion. The Audit Committee shall review and discuss with the Company's management and independent auditor the Company's audited financial statements, including the matters required to be discussed by AS 16.

- Recommendation to Board Regarding Financial Statements. The Audit Committee shall review and discuss the Company's annual audited financial statements, interim financial statements and any certification, report, opinion or review rendered by the independent auditor with the Company's management and the independent auditor. The Audit Committee shall recommend to the Board whether the annual audited financial statements and related notes should be included in the Company's annual report on Form 10-K

- Audit Committee Report. The Audit Committee shall prepare an annual committee report for inclusion where necessary in the proxy statement of the Company relating to its annual meeting of security holders.

155.    Under a section titled "Review of Other Financial Disclosures" the Audit

Committee Charter outlines the Audit Committee's responsibilities as follows:

Independent Auditor Review of Interim Financial Statements. The Audit Committee shall direct the independent auditor to use its best efforts to perform all reviews of interim financial information prior to disclosure by the Company of such information and to discuss promptly with the Audit Committee and Chief Financial Officer any matters identified in connection with the auditor's review of interim financial information which are required to be discussed by applicable auditing standards. The Audit Committee shall direct management to advise the Audit Committee in the event that the Company proposes to disclose interim financial information prior to completion of the independent auditor's review of interim financial information.

## DUTIES OF THE DIRECTOR DEFENDANTS

156.    As members of the Company's Board, the Director Defendants were held to the highest standards of honesty and integrity and charged with overseeing the Company's business practices and policies and assuring the integrity of its financial and business records.

157.    The conduct of the Director Defendants complained of herein involves a knowing and culpable violation of their obligations as directors and officers of the Company, the absence of good faith on their part, and a reckless disregard for their duties to the Company and its investors that the Director Defendants were aware posed a risk of serious injury to the Company.

158.    By reason of their positions as officers and/or directors of the Company, and because of their ability to control the business and corporate affairs of the Company, the Director Defendants owed the Company and its investors the fiduciary obligations of trust, loyalty, and good faith.  The obligations required the Director Defendants to use their utmost abilities to control and manage the Company in an honest and lawful manner.  The Director Defendants were and are required to act in furtherance of the best interests of the Company and its investors.

159.    Each director of the Company owes to the Company and its investors the fiduciary duty to exercise loyalty, good faith, and diligence in the administration of the affairs of the Company and in the use and preservation of its property and assets.  In addition, as officers and/or directors of a publicly held company, the Director Defendants had a duty to promptly disseminate accurate and truthful information with regard to the Company's operations, finances, and financial condition, as well as present and future business prospects, so that the market price of the Company's stock would be based on truthful and accurate information.

160.    To discharge their duties, the officers and directors of the Company were required to exercise reasonable and prudent supervision over the management, policies, practices, and

controls of the affairs of the Company. By virtue of such duties, the officers and directors of the Company were required to, among other things:

(a)    ensure that the Company complied with its legal obligations and requirements, including acting only within the scope of its legal authority and disseminating truthful and accurate statements to the SEC and investing public;

(b)    conduct the affairs of the Company in an efficient, businesslike manner so as to make it possible to provide the highest quality performance of its business, to avoid wasting the Company's assets, and to maximize the value of the Company's stock;

(c)    properly and accurately guide investors and analysts as to the true financial condition of the Company at any given time, including making accurate statements about the Company's business prospects, and ensuring that the Company maintained an adequate system of financial controls such that the Company's financial reporting would be true and accurate at all times;

(d)    remain informed as to how the Company conducted its operations, and, upon receipt of notice or information of imprudent or unsound conditions or practices, make reasonable inquiries in connection therewith, take steps to correct such conditions or practices, and make such disclosures as necessary to comply with federal and state securities laws;

(e)    ensure that the Company was operated in a diligent, honest, and prudent manner in compliance with all applicable federal, state and local laws, and rules and regulations; and

(f)    ensure that all decisions were the product of independent business judgment and not the result of outside influences or entrenchment motives.

161.    Each Director Defendant, by virtue of his position as a director and/or officer, owed to the Company and to its shareholders the fiduciary duties of loyalty, good faith, and the exercise of due care and diligence in the management and administration of the affairs of the Company, as well as in the use and preservation of its property and assets.  The conduct of the Director Defendants complained of herein involves a knowing and culpable violation of their obligations as directors and officers of the Company, the absence of good faith on their part, and a reckless disregard for their duties to the Company and its shareholders that the Director Defendants were aware, or should have been aware, posed a risk of serious injury to the Company.

162.    The Director Defendants breached their duties of loyalty and good faith by causing the Company to issue false and misleading statements concerning the financial condition of the Company.  As a result, the Company has expended, and will continue to expend, significant sums of money related to investigations and lawsuits and to structure settlements to resolve them.

## DERIVATIVE AND DEMAND FUTILITY ALLEGATIONS

163.    Plaintiff brings this action derivatively in the right and for the benefit of the Company to redress injuries suffered and to be suffered as a direct and proximate result of the Individual Defendants' breaches of fiduciary duties, gross mismanagement, and other wrongful conduct as alleged herein.

164.    Plaintiff is an owner of the Company's stock and has continuously been an owner of Company stock during all times relevant to the Director Defendants' wrongful course of conduct alleged herein.  Plaintiff understands her obligation to hold stock throughout the duration of this action and is prepared to do so.

165.    Plaintiff will adequately and fairly represent the interests of the Company and its shareholders in enforcing and prosecuting its rights and has retained counsel competent and

experienced in derivative litigation.

166.    Because of the facts set forth herein, Plaintiff has not made a demand on the Board to institute this action against the Individual Defendants.  Such a demand would be a futile and useless act because the Board is incapable of making an independent and disinterested decision to institute and vigorously prosecute this action

167.    The Company Board is currently comprised of seven (7) members – including Defendants Musunuri, Castillo, Fernandes, Kompella, Kumar, Zhang, and Whittington. Thus, Plaintiff is required to show that a majority of the Director Defendants, *i.e.,* four (4), cannot exercise independent objective judgement about whether to bring this action or whether to vigorously prosecute this action.

168.    The Director Defendants either knew or should have known of the false and misleading statements that were issued on the Company's behalf and took no steps in a good faith effort to prevent or remedy that situation.

169.    The Director Defendants (or at the very least a majority of them) cannot exercise independent objective judgment about whether to bring this action or whether to vigorously prosecute this action.  For the reasons that follow, and for reasons detailed elsewhere in this complaint, Plaintiff has not made (and should be excused from making) a pre-filing demand on the Board to initiate this action because making a demand would be a futile and useless ac.

170.    Each of the Director Defendants approved and/or permitted the wrongs alleged herein to have occurred and participated in efforts to conceal or disguise those wrongs from the Company's stockholders or recklessly and/or with gross negligence disregarded the wrongs complained of herein, and are therefore not disinterested parties.

171.    Each of the Director Defendants authorized and/or permitted the false statements

to be disseminated directly to the public and made available and distributed to shareholders, authorized and/or permitted the issuance of various false and misleading statements, and are principal beneficiaries of the wrongdoing alleged herein, and thus, could not fairly and fully prosecute such a suit even if they instituted it.

**THE DIRECTOR DEFENDANTS ARE
NOT INDEPENDENT OR DISINTERESTED**

**Defendant Musunuri**

172.     Defendant Musunuri not disinterested or independent, and therefore, is incapable of considering demand because he (as its president and CEO) is an employee of the Company who derives substantially all of his income from his employment with Ocugen, making him not independent.  As such, Defendant Musunuri cannot independently consider any demand to sue himself for breaching his fiduciary duties to Ocugen, because that would expose him to liability and threaten his livelihood. Furthermore, as Co-Founder of the Company, Defendant Musunuri is inherently interested and cannot reasonably consider a demand to sue the Company or those who help run his Company, including himself.

173.     As CEO, Defendant Musunuri also fails the NASDAQ's bright-line independence test and cannot, therefore, be considered independent. As such, Defendant Musunuri could not objectively and disinterestedly consider a demand to sue the Individual Defendants and any demand upon Defendant Musunuri is therefore futile

174.     In addition, Defendant Musunuri receives lucrative compensation in connection with his employment with the Company. Defendant Musunuri is not independent from Defendants Castillo, Fernandes, and Whittington as they comprise the Compensation Committee and are responsible for evaluating and determining the compensation of the CEO and Executive Officers, including Defendant Musunuri. The purpose of the Compensation Committee is to assist the Board

in discharging its responsibilities related to the compensation provided by the Company to its CEO and Executive Officers.  Because of his status as an inside director, and the concomitant substantial compensation he receives, Defendant Musunuri could not consider a demand adverse to the other Director Defendants serving on the Compensation Committee who are responsible for his financial future.

175.    Defendant Musunuri has served as a Company director at all relevant times hereto. As a director, Defendant Musunuri was required to, among other things: (i) ensure that the Company complied with its legal and regulatory obligations and requirements; (ii) properly and accurately guide investors and analysts as to the true financial condition of the Company at any given time; (iii) remain informed as to how the Company conducted its operations, make reasonable inquiries, and take steps to correct any improper conditions or practices; and (iv) ensure the Company was operated in a diligent, honest, and prudent manner.  Despite this, Defendant Musunuri failed to fulfil these duties by permitting the false and misleading statements to be made and not correcting those statements.

176.    As a trusted Company director, Defendant Musunuri conducted little, if any, oversight of the scheme to cause the Company to make false and misleading statements, consciously disregarded his duties to monitor such controls over reporting and engagement in the scheme, and consciously disregarded his duties to protect corporate assets.

177.    Further, Defendant Musunuri, while in possession of material, non-public information about the Company, sold copious amounts of Company stock at artificially inflated prices, reaping large proceeds as a result. As a result of his unlawful and improper insider trading, Defendant Musunuri faces a substantial likelihood of liability and cannot be considered independent.

178.    Moreover, Defendant Musunuri signed and therefore personally made the false and misleading statements contained in the Prospectus, subsequent amendments, the above-referenced Quarterly Reports filed on Form 10-Q, and Annual Reports filed on Form 10-K, and faces a substantial likelihood of liability therefor.

179.    Moreover, Defendant Musunuri solicited the 2022 Proxy Statement and 2023 Proxy Statement, both of which contained material misrepresentations and omissions that led to the re-election of certain Director Defendants, allowing them to continue to breach their fiduciary duties to the Company.

180.    In addition, Defendant Musunuri, while in possession of material, non-public information about the Company, engaged in lucrative insider trading, reaping personal profits exceeding $24,042,262. As a result of his unlawful and improper insider trading, Defendant Castillo faces a substantial likelihood of liability and cannot be considered independent.

181.    Because of Defendant's participation in the gross dereliction of fiduciary duties, and breaches of the duties of due care, good faith, and loyalty, Defendant Musunuri is unable to comply with Defendant Musunuri's fiduciary duties and prosecute this action. Defendant Musunuri is in a position of irreconcilable conflict of interest in terms of the prosecution of this action and defending himself in the Securities Class Action.

182.    Defendant Musunuri is neither independent nor disinterested. Any demand upon Defendant Musunuri is futile and, thus, excused.

**Defendant Castillo**

183.    Defendant Castillo has served as a Company director at all relevant times hereto. As a director, Defendant Castillo was required to, among other things: (i) ensure that the Company complied with its legal and regulatory obligations and requirements; (ii) properly and accurately

guide investors and analysts as to the true financial condition of the Company at any given time; (iii) remain informed as to how the Company conducted its operations, make reasonable inquiries, and take steps to correct any improper conditions or practices; and (iv) ensure the Company was operated in a diligent, honest, and prudent manner. Despite this, Defendant Castillo failed to fulfil these duties by permitting the false and misleading statements to be made and not correcting those statements.

184.    As a trusted Company director, Defendant Castillo conducted little, if any, oversight of the scheme to cause the Company to make false and misleading statements, consciously disregarded her duties to monitor such controls over reporting and engagement in the scheme, and consciously disregarded her duties to protect corporate assets.

185.    Defendant Castillo also serves as a member of the Audit Committee and holds additional duties by virtue thereof. In particular, Defendant Castillo is required to oversee, *inter alia*, the accounting and financial reporting processes of the Company and the audits of the financial statements of the Company and the audits of the financial statements of the Company, and otherwise meet their responsibilities as set forth in the Audit Committee Charter as set forth herein. Despite this, Defendant Castillo failed to fulfil these additional duties by allowing the false and misleading statements to be made and also by not correcting them. Therefore, Defendant Castillo faces a substantial likelihood of liability for her breach of fiduciary duties and any demand upon her is futile.

186.    Additionally, in connection with her role as a Company director, Defendant Castillo receives substantial income. Accordingly, Defendant Castillo cannot reasonably and objectively consider a demand to sue the Board who control her continued compensation, including herself.

187.    Moreover, Defendant Castillo signed and therefore personally made the false and

misleading statements contained in the Annual Reports filed on Form 10-K and faces a substantial likelihood of liability therefor.

188.    Moreover, Defendant Castillo solicited the 2022 Proxy Statement and 2023 Proxy Statement, both of which contained material misrepresentations and omissions that led to the re-election of certain Director Defendants, allowing them to continue to breach their fiduciary duties to the Company.

189.    In addition, Defendant Castillo, while in possession of material, non-public information about the Company, engaged in lucrative insider trading, reaping personal profits exceeding $447,220. As a result of her unlawful and improper insider trading, Defendant Castillo faces a substantial likelihood of liability and cannot be considered independent.

190.    Defendant Castillo is neither independent nor disinterested. Any demand upon Defendant Castillo is futile and, thus, excused.

**Defendant Fernandes**

191.    Defendant Fernandes has served as a Company director at all relevant times hereto. As a director, Defendant Fernandes was required to, among other things: (i) ensure that the Company complied with its legal and regulatory obligations and requirements; (ii) properly and accurately guide investors and analysts as to the true financial condition of the Company at any given time; (iii) remain informed as to how the Company conducted its operations, make reasonable inquiries, and take steps to correct any improper conditions or practices; and (iv) ensure the Company was operated in a diligent, honest, and prudent manner.  Despite this, Defendant Fernandes failed to fulfil these duties by permitting the false and misleading statements to be made and not correcting those statements.

192.    As a trusted Company director, Defendant Fernandes conducted little, if any,

oversight of the scheme to cause the Company to make false and misleading statements, consciously disregarded her duties to monitor such controls over reporting and engagement in the scheme, and consciously disregarded her duties to protect corporate assets.

193.    Defendant Fernandes also serves as a member of the Audit Committee and holds additional duties by virtue thereof. In particular, Defendant Fernandes is required to oversee, *inter alia*, the accounting and financial reporting processes of the Company and the audits of the financial statements of the Company and the audits of the financial statements of the Company, and otherwise meet their responsibilities as set forth in the Audit Committee Charter as set forth herein. Despite this, Defendant Fernandes failed to fulfil these additional duties by allowing the false and misleading statements to be made and also by not correcting them. Therefore, Defendant Fernandes faces a substantial likelihood of liability for her breach of fiduciary duties and any demand upon her is futile.

194.    Additionally, in connection with her role as a Company director, Defendant Fernandes receives substantial income. Accordingly, Defendant Fernandes cannot reasonably and objectively consider a demand to sue the Board who control her continued compensation, including herself.

195.    Moreover, Defendant Fernandes signed and therefore personally made the false and misleading statements contained in the Annual Reports filed on Form 10-K and faces a substantial likelihood of liability therefor.

196.    Moreover, Defendant Fernandes solicited the 2022 Proxy Statement and 2023 Proxy Statement, both of which contained material misrepresentations and omissions that led to the re-election of certain Director Defendants, allowing them to continue to breach their fiduciary duties to the Company.

197.    In addition, Defendant Fernandes, while in possession of material, non-public information about the Company, engaged in lucrative insider trading, reaping personal profits exceeding $247,700. As a result of her unlawful and improper insider trading, Defendant Fernandes faces a substantial likelihood of liability and cannot be considered independent.

198.    Defendants Fernandes and Kumar have a longstanding professional relationship with each other, stemming from at least 1988. Defendant Fernandes served in various executive roles at Bristol-Myers Squibb from 1987 through to 1998. At the same time, Defendant Kumar served as a Scientist at Bristol-Myers Squibb from 1988 through to 1990. As a result of this longstanding business relationship, Defendants Fernandes and Kumar are each indebted to one another and are thus incapable of impartially considering a demand to sue each other for the wrongdoing alleged herein.

199.    Defendant Fernandes is neither independent nor disinterested. Any demand upon Defendant Fernandes is futile and, thus, excused.

**Defendant Kompella**

200.    As Co-Founder of the Company, Defendant Kompella is inherently interested and cannot reasonably consider a demand to sue the Company or those who help run his Company, including himself.

201.    Defendant Kompella has served as a Company director at all relevant times hereto. As a director, Defendant Kompella was required to, among other things: (i) ensure that the Company complied with its legal and regulatory obligations and requirements; (ii) properly and accurately guide investors and analysts as to the true financial condition of the Company at any given time; (iii) remain informed as to how the Company conducted its operations, make reasonable inquiries, and take steps to correct any improper conditions or practices; and (iv) ensure

the Company was operated in a diligent, honest, and prudent manner.  Despite this, Defendant Kompella failed to fulfil these duties by permitting the false and misleading statements to be made and not correcting those statements.

202.    As a trusted Company director, Defendant Kompella conducted little, if any, oversight of the scheme to cause the Company to make false and misleading statements, consciously disregarded his duties to monitor such controls over reporting and engagement in the scheme, and consciously disregarded his duties to protect corporate assets.

203.    Additionally, in connection with his role as a Company director, Defendant Kompella receives substantial income. Accordingly, Defendant Kompella cannot reasonably and objectively consider a demand to sue the Board who control his continued compensation, including himself.

204.    Moreover, Defendant Kompella signed and therefore personally made the false and misleading statements contained in the Annual Reports filed on Form 10-K and faces a substantial likelihood of liability therefor.

205.    Moreover, Defendant Kompella solicited the 2022 Proxy Statement and 2023 Proxy Statement, both of which contained material misrepresentations and omissions that led to the re-election of certain Director Defendants, allowing them to continue to breach their fiduciary duties to the Company.

206.    In addition, Defendant Kompella, while in possession of material, non-public information about the Company, engaged in lucrative insider trading, reaping personal profits exceeding $4,319,586. As a result of his unlawful and improper insider trading, Defendant Kompella faces a substantial likelihood of liability and cannot be considered independent.

207.    Defendant Kompella is neither independent nor disinterested. Any demand upon

Defendant Kompella is futile and, thus, excused.

**Defendant Kumar**

208.    Defendant Kumar has served as a Company director at all relevant times hereto. As a director, Defendant Kumar was required to, among other things: (i) ensure that the Company complied with its legal and regulatory obligations and requirements; (ii) properly and accurately guide investors and analysts as to the true financial condition of the Company at any given time; (iii) remain informed as to how the Company conducted its operations, make reasonable inquiries, and take steps to correct any improper conditions or practices; and (iv) ensure the Company was operated in a diligent, honest, and prudent manner.  Despite this, Defendant Kumar failed to fulfil these duties by permitting the false and misleading statements to be made and not correcting those statements.

209.    As a trusted Company director, Defendant Kumar conducted little, if any, oversight of the scheme to cause the Company to make false and misleading statements, consciously disregarded his duties to monitor such controls over reporting and engagement in the scheme, and consciously disregarded his duties to protect corporate assets.

210.    Defendant Kumar also served as a member of the Audit Committee during the Relevant Period and held additional duties by virtue thereof. In particular, Defendant Kumar was required to oversee, *inter alia*, the accounting and financial reporting processes of the Company and the audits of the financial statements of the Company and the audits of the financial statements of the Company, and otherwise meet their responsibilities as set forth in the Audit Committee Charter as set forth herein. Despite this, Defendant Kumar failed to fulfil these additional duties by allowing the false and misleading statements to be made and also by not correcting them. Therefore, Defendant Kumar faces a substantial likelihood of liability for his breach of fiduciary

duties and any demand upon him is futile.

211.    Additionally, in connection with his role as a Company director, Defendant Kumar receives substantial income. Accordingly, Defendant Kumar cannot reasonably and objectively consider a demand to sue the Board who control his continued compensation, including himself.

212.    Moreover, Defendant Kumar signed and therefore personally made the false and misleading statements contained in the Annual Reports filed on Form 10-K and faces a substantial likelihood of liability therefor.

213.    Moreover, Defendant Kumar solicited the 2022 Proxy Statement and 2023 Proxy Statement, both of which contained material misrepresentations and omissions that led to the re-election of certain Director Defendants, allowing them to continue to breach their fiduciary duties to the Company.

214.    In addition, Defendant Kumar, while in possession of material, non-public information about the Company, engaged in lucrative insider trading, reaping personal profits exceeding $208,935. As a result of his unlawful and improper insider trading, Defendant Kumar faces a substantial likelihood of liability and cannot be considered independent.

215.    Defendants Kumar and Fernandes have a longstanding professional relationship with each other, stemming from at least 1988. Defendant Kumar served as a Scientist at Bristol-Myers Squibb from 1988 through to 1990. At the same time, Defendant Fernandes served in various executive roles at Bristol-Myers Squibb from 1987 through to 1998. As a result of this longstanding business relationship, Defendants Kumar and Fernandes are each indebted to one another and are thus incapable of impartially considering a demand to sue each other for the wrongdoing alleged herein.

216.    Defendant Kumar is neither independent nor disinterested. Any demand upon

Defendant Kumar is futile and, thus, excused.

**Defendant Zhang**

217.    Defendant Zhang has served as a Company director at all relevant times hereto. As a director, Defendant Zhang was required to, among other things: (i) ensure that the Company complied with its legal and regulatory obligations and requirements; (ii) properly and accurately guide investors and analysts as to the true financial condition of the Company at any given time; (iii) remain informed as to how the Company conducted its operations, make reasonable inquiries, and take steps to correct any improper conditions or practices; and (iv) ensure the Company was operated in a diligent, honest, and prudent manner.  Despite this, Defendant Zhang failed to fulfil these duties by permitting the false and misleading statements to be made and not correcting those statements.

218.    As a trusted Company director, Defendant Zhang conducted little, if any, oversight of the scheme to cause the Company to make false and misleading statements, consciously disregarded his duties to monitor such controls over reporting and engagement in the scheme, and consciously disregarded his duties to protect corporate assets.

219.    Additionally, in connection with his role as a Company director, Defendant Zhang receives substantial income. Accordingly, Defendant Zhang cannot reasonably and objectively consider a demand to sue the Board who control his continued compensation, including himself.

220.    Moreover, Defendant Zhang signed and therefore personally made the false and misleading statements contained in the Annual Report filed on Form 10-K and faces a substantial likelihood of liability therefor.

221.    Moreover, Defendant Zhang solicited the 2022 Proxy Statement and 2023 Proxy Statement, both of which contained material misrepresentations and omissions that led to the re-

election of certain Director Defendants, allowing them to continue to breach their fiduciary duties to the Company.

222.    In addition, Defendant Zhang, while in possession of material, non-public information about the Company, engaged in lucrative insider trading, reaping personal profits exceeding $4,960,971. As a result of his unlawful and improper insider trading, Defendant Zhang faces a substantial likelihood of liability and cannot be considered independent.

223.    Defendant Zhang is neither independent nor disinterested. Any demand upon Defendant Zhang is futile and, thus, excused.

**Defendant Whittington**

224.    Defendant Whittington has served as a Company director at all relevant times hereto. As a director, Defendant Whittington was required to, among other things: (i) ensure that the Company complied with its legal and regulatory obligations and requirements; (ii) properly and accurately guide investors and analysts as to the true financial condition of the Company at any given time; (iii) remain informed as to how the Company conducted its operations, make reasonable inquiries, and take steps to correct any improper conditions or practices; and (iv) ensure the Company was operated in a diligent, honest, and prudent manner.  Despite this, Defendant Whittington failed to fulfil these duties by permitting the false and misleading statements to be made and not correcting those statements.

225.    As a trusted Company director, Defendant Whittington conducted little, if any, oversight of the scheme to cause the Company to make false and misleading statements, consciously disregarded her duties to monitor such controls over reporting and engagement in the scheme, and consciously disregarded her duties to protect corporate assets.

226.    Defendant Whittington also serves as a member of the Audit Committee and holds

additional duties by virtue thereof. In particular, Defendant Whittington is required to oversee, *inter alia*, the accounting and financial reporting processes of the Company and the audits of the financial statements of the Company and the audits of the financial statements of the Company, and otherwise meet their responsibilities as set forth in the Audit Committee Charter as set forth herein. Despite this, Defendant Whittington failed to fulfil these additional duties by allowing the false and misleading statements to be made and also by not correcting them. Therefore, Defendant Whittington faces a substantial likelihood of liability for her breach of fiduciary duties and any demand upon her is futile.

227.    Additionally, in connection with her role as a Company director, Defendant Whittington receives substantial income. Accordingly, Defendant Whittington cannot reasonably and objectively consider a demand to sue the Board who control her continued compensation, including herself.

228.    Moreover, Defendant Whittington signed and therefore personally made the false and misleading statements contained in the Annual Reports filed on Form 10-K and faces a substantial likelihood of liability therefor.

229.    Moreover, Defendant Whittington solicited the 2022 Proxy Statement and 2023 Proxy Statement, both of which contained material misrepresentations and omissions that led to the re-election of certain Director Defendants, allowing them to continue to breach their fiduciary duties to the Company.

230.    Defendant Whittington is neither independent nor disinterested. Any demand upon Defendant Whittington is futile and, thus, excused.

**Additional Reasons Demand is Futile**

231.    The Company has been and will continue to be exposed to significant losses due to

the wrongdoing complained of herein, yet the Director Defendants have not caused the Company to take action to recover for the Company the damages it has suffered and will continue to suffer thereby.

232.    The Company, at all material times, had its Code of Conduct, Business Code, and related corporate governance policies which required each of the Individual Defendants to maintain the highest standards of honesty and integrity, particularly in relation to accurate and truthful public disclosures. Yet, despite this Code of Conduct and other relevant policies and committee charters, each of the Director Defendants failed to ensure that the Company upheld high standards of integrity, misrepresented facts to the investing public, and failed to report any concerns, or investigate any misconduct, let alone commence litigation against the Individual Defendants.

233.    In violation of the Code of Conduct, the Director Defendants conducted little, if any, oversight of the Company's engagement in the Individual Defendants' scheme to cause the Company to issue materially false and misleading statements to the public and to facilitate and disguise the Defendants' violations of law, including breaches of fiduciary duty, waste of corporate assets, and unjust enrichment. In violation of the Code of Conduct, the Director Defendants failed to comply with laws and regulations, failed to maintain the accuracy of company records, public reports, and communications, and failed to uphold the responsibilities related thereto. Thus, the Director Defendants face a substantial likelihood of liability and demand is futile as to them.

234.    The Director Defendants received, and continue to receive, substantial salaries, bonuses, payments, benefits, and other emoluments by virtue of their membership on the Board. They have benefitted from the wrongs alleged herein and have engaged therein to preserve their positions of control and the prerequisites thereof and are incapable of exercising independent

objective judgment in deciding whether to bring this action.

235.    The Director Defendants' conduct described herein and summarized above could not have been the product of legitimate business judgment as it was based on bad faith and intentional, reckless, or disloyal misconduct. Thus, none of the Director Defendants can claim exculpation from their violations of duty pursuant to the Company's charter (to the extent such a provision exists). As a majority of the Director Defendants face a substantial likelihood of liability, they are self-interested in the transactions challenged herein and cannot be presumed to be capable of exercising independent and disinterested judgment about whether to pursue this action on behalf of the shareholders of the Company.  Accordingly, demand is excused as being futile.

236.    Publicly traded companies, such as Ocugen, typically carry director and officer liability insurance from which the Company could potentially recover some or all of its losses. However, such insurance typically contains an "insured vs. insured" disclaimer that will foreclose a recovery from the insurers if the Individual Defendants sue each other to recover the Company's damages. If no such insurance is carried, then the Director Defendants will not cause the Company to sue the Individual Defendants named herein, since, if they did, they would face a large uninsured individual liability.  Accordingly, demand is futile in that event.

237.    Accordingly, each of the Director Defendants, and at least a majority of them, cannot reasonably consider a demand with the requisite disinterestedness and independence. Indeed, any demand upon the Director Defendants is futile and, thus, excused.

## CLAIMS FOR RELIEF

## COUNT I

## (Against the Individual Defendants for Breach of Fiduciary Duties)

238.    Plaintiff incorporates by reference and re-alleges each and every allegation

contained above, as though fully set forth herein.

239.    The Individual Defendants owe the Company fiduciary obligations.  By reason of their fiduciary relationships, the Individual Defendants owed and owe the Company the highest obligation of good faith, fair dealing, loyalty, and due care.

240.    The Individual Defendants violated and breached their fiduciary duties of care, loyalty, reasonable inquiry, and good faith.

241.    The Individual Defendants engaged in a sustained and systematic failure to properly exercise their fiduciary duties.  Among other things, the Individual Defendants breached their fiduciary duties of loyalty and good faith by allowing the Company to improperly misrepresent the Company's publicly reported financials.  These actions could not have been a good faith exercise of prudent business judgment to protect and promote the Company's corporate interests.

242.    As a direct and proximate result of the Individual Defendants' failure to perform their fiduciary obligations, the Company has sustained significant damages.  As a result of the misconduct alleged herein, the Individual Defendants are liable to the Company.

243.    As a direct and proximate result of the Individual Defendants' breach of their fiduciary duties, the Company has suffered damage, not only monetarily, but also to its corporate image and goodwill.  Such damage includes, among other things, costs associated with defending securities lawsuits, severe damage to the share price of the Company, resulting in an increased cost of capital, the waste of corporate assets, and reputational harm.

## COUNT II

### (Against the Individual Defendants for Gross Mismanagement)

244.    Plaintiff incorporates by reference and re-alleges each and every allegation contained above, as though fully set forth herein.

245.    By their actions alleged herein, the Individual Defendants, either directly or through aiding and abetting, abandoned and abdicated their responsibilities and fiduciary duties with regard to prudently managing the assets and business of the Company in a manner consistent with the operations of a publicly held corporation.

246.    As a direct and proximate result of the Individual Defendants' gross mismanagement and breaches of duty alleged herein, the Company has sustained significant damages in excess of hundreds of millions of dollars.

247.    Because of the misconduct and breaches of duty alleged herein, the Individual Defendants are liable to the Company.

## COUNT III

### (Against the Individual Defendants for Waste of Corporate Assets)

248.    Plaintiff incorporates by reference and realleges each and every allegation contained above, as though fully set forth herein.

249.    The wrongful conduct alleged regarding the issuance of false and misleading statements was continuous, connected, and on-going throughout the Relevant Period.  It resulted in continuous, connected, and ongoing harm to the Company.

250.    As a result of the misconduct described above, the Individual Defendants wasted corporate assets by, *inter alia*: (i) paying excessive compensation and bonuses to certain of its executive officers; (ii) awarding self-interested stock options to certain officers and directors; and (iii) incurring potentially millions of dollars of legal liability and/or legal costs to defend Defendants' unlawful actions.

251.    As a result of the waste of corporate assets, the Individual Defendants are liable to the Company.

**COUNT IV**

**(Against the Individual Defendants for Unjust Enrichment)**

252.    Plaintiff incorporates by reference and realleges each and every allegation set forth above, as though fully set forth herein.

253.    By their wrongful acts, violations of law, and inaccurate and untruthful information and/or omissions of material fact that they made and/or caused to be made, the Individual Defendants were unjustly enriched at the expense of, and the detriment of, the Company

254.    The Individual Defendants either benefitted financially from the improper conduct, or received bonuses, stock options, or similar compensation from the Company that was tied to the performance of the Company or its stock price or received compensation or other payments that were unjust in light of the Individual Defendants' bad faith conduct.

255.    Plaintiff, as a shareholder and representative of the Company seeks restitution from the Individual Defendants and seek an order from this Court disgorging all profits, including from insider transactions, the redemption of preferred stock, benefits, and other compensation, including any performance-based or valuation-based compensation, obtained by the Individual Defendants due to their wrongful conduct and breach of their fiduciary and contractual duties.

**COUNT V**

**(Against the Director Defendants or Aiding and Abetting)**

256.    Plaintiff incorporates by reference and re-alleges each and every allegation set forth above, as though fully set forth herein.

257.    The Director Defendants exploited, aided and abetted, and were knowing and culpable participants to the breaches of fiduciary duty by the Individual Defendants.

258.    Specifically, the Director Defendants, in violation of the Company's corporate governance, engaged in and/or permitted the Company to engage in the scheme to issue materially false and misleading statements to the public, including in the Company's SEC filings, and by facilitating and disguising the Individual Defendants' violations of law as alleged herein, and failing to report the same.

259.    As a result, the Director Defendants substantially assisted the Individual Defendants in breaching their fiduciary duties and in committing the other wrongful and unlawful conduct as alleged herein.

260.    As a direct and proximate result of the aiding and abetting the breaches of fiduciary duty alleged herein, the Company has sustained and will continue to sustain significant damages

261.    As a result of the misconduct alleged herein, the Director Defendants are liable to the Company.

<u>**COUNT VI**</u>

**(Against Defendants Castillo, Kompella, Musunuri, Subramanian,
<u>Fernandes, Kumar, Potti, and Zhang for Insider Trading)</u>**

262.    Plaintiff incorporates by reference and re-alleges each and every allegation set forth above, as though fully set forth herein.

263.    By reason of their fiduciary roles as officers, directors, and/or controlling persons of the Company, Defendants Castillo, Kompella, Musunuri, Subramanian, Fernandes, Kumar, Potti, and Zhang (the "Insider Trading Defendants") specifically owed the Company the highest obligation of due care, good faith, and loyalty.

264.    As officers, directors, and/or controlling persons of the Company, the Insider Trading Defendants were given access, directly or indirectly, to material information about the Company, as described above, which was not generally available to the public.

111

265.     When the Insider Trading Defendants sold their Company stock, as detailed *supra*, they were in possession of material, non-public information, as described above, and sold Company stock on the basis of such information; information which they each knew had a significant effect on the market price of the Company's stock.

266.     The information described above was proprietary, non-public information concerning the Company's business operations and financial condition.  It was a proprietary asset belonging to the Company, which the Insider Trading Defendants misappropriated to their own benefit when they sold holdings in Company stock.  The Insider Trading Defendants knew that this information was not intended to be available to the public.  Had such information been generally available to the public, it would have significantly reduced the market price of Company stock.

267.     The Insider Trading Defendants have each violated applicable state and federal laws by engaging in illicit insider trading.

268.     As the use of the Company's proprietary information for their own personal gain constitutes a breach of the Insider Trading Defendants' fiduciary duties, the Company is entitled to disgorge any illegal profits obtained thereby.

## COUNT VII

**(Against the Director Defendants for Violations of
Section 14(a) of the Securities Exchange Act of 1934)**

269.     Plaintiff incorporates by reference and realleges each and every allegation set forth above, as though fully set forth herein.

270.     Section 14(a) of the Exchange Act, 15 U.S.C. § 78n(a)(1), provides that "[i]t shall be unlawful for any person, by use of the mails or by any means or instrumentality of interstate commerce or of any facility of a national securities exchange or otherwise, in contravention of

such rules and regulations as the [SEC] may prescribe as necessary or appropriate in the public interest or for the protection of investors, to solicit or to permit the use of his name to solicit any proxy or consent or authorization in respect of any security (other than an exempted security) registered pursuant to section 12 of this title [15 U.S.C. § 78l]."

271.    Rule 14a-9, promulgated pursuant to § 14(a) of the Exchange Act, provides that no proxy statement shall contain "any statement which, at the time and in the light of the circumstances under which it is made, is false or misleading with respect to any material fact, or which omits to state any material fact necessary in order to make the statements therein not false or misleading." 17 C.F.R. § 240.14a-9.

272.    Under the direction and watch of the Director Defendants, the 2022 Proxy Statement and the 2023 Proxy Statement failed to disclose, *inter alia*, that: (i) although the Company claimed its officers and directors adhered to the Code of Ethics, the Individual Defendants violated these policies either without waivers or without such waivers being disclosed; and (ii) contrary to the 2022 Proxy Statement's and the 2023 Proxy Statement's descriptions of the Board's and its committees' risk oversight functions, the Board and its committees were not adequately exercising these functions and were causing or permitting the Company to issue false and misleading statements.

273.    The 2022 and 2023 Proxy Statements also failed to disclose that: (i) the Company's financial statements from May 8, 2020 to April 1, 2024, including important financial metrics such as collaborative arrangement revenue, research and development expenses, other income (expense), net and accrued expenses and other current liabilities, were materially false and misleading; (ii) the Company did not have adequate internal controls over financial reporting; and (iii) as a result, the Company would have to restate its financial statements, at great cost to the

Company, for the entire fiscal year ended December 31, 2022 (the "2022 Fiscal Year"), for each of the first three quarters of the 2023 Fiscal Year, and for each of the quarters of the 2022 Fiscal Year. As a result, Ocugen's statements were materially false and misleading at all relevant times.

274.    In the exercise of reasonable care, the Director Defendants should have known that by misrepresenting or failing to disclose the foregoing material facts, the statements contained in the 2022 Proxy Statement and the 2023 Proxy Statement were materially false and misleading. The misrepresentations and omissions were material to Plaintiff in voting on the matters set forth for shareholder determination in the 2022 Proxy Statement and the 2023 Proxy Statement, including, but not limited to, the reelection of Defendants Kompella, Whittington, Castillo, and Fernandes to the Board, thus allowing them to continue breaching their fiduciary duties to Ocugen.

275.    The Company was damaged as a result of the Director Defendants' material misrepresentations and omissions in the 2022 and 2023 Proxy Statements.

## REQUEST FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment as follows:

A.    Determining that this action is a proper derivative action maintainable under law, and that demand is excused;

B.    Awarding, against all Individual Defendants and in favor of the Company, the damages sustained by the Company as a result of the Individual Defendants' breaches of their fiduciary duties, unjust enrichment, waste of corporate assets, and gross mismanagement, and other unlawful conduct as set forth herein;

C.    Awarding, against the Director Defendants and in favor of the Company, the damages sustained by the Company as a result of the Director Defendants' violations

of Section 14(a) of the Securities Exchange Act of 1934 and aiding and abetting the Individual Defendants' breaches of fiduciary duty and other unlawful conduct;

D.      Awarding, against the Insider Trading Defendants and in favor of the Company, all illicit proceeds reaped as a result of their unlawful insider trading while in possession of material, non-public information;

E.      Directing the Company to take all necessary actions to reform and improve its corporate governance and internal procedures, to comply with the Company's existing governance obligations and all applicable laws and to protect the Company and its investors from a recurrence of the damaging events described herein;

F.      Awarding to Plaintiff the costs and disbursements of the action, including reasonable attorneys' fees, accountants' and experts' fees, costs, and expenses; and

G.      Granting such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Dated: July 22, 2024

**DONOVAN LITIGATION GROUP, LLC**

By:      /s/ *Michael D. Donovan*
         Michael D. Donovan
         1885 Swedesford Road
         Malvern, PA 19355
         Tel: (610) 647-6067
         Email: mdonovan@donovanlitigationgroup.com

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
260 Madison Avenue, 22nd Fl.
New York, NY 10016

*Attorneys for Plaintiffs*

115

## VERIFICATION

I, MELISSA VOTER, declare that I have reviewed the Verified Shareholder Derivative Complaint ("Complaint") prepared on behalf of Ocugen, Inc. and authorize its filing. I have reviewed the allegations made in the Complaint, and to those allegations of which I have personal knowledge, I believe those allegations to be true. As to those allegations of which I do no have personal knowledge, I rely on my counsel and their investigation and for that reason believe them to be true. I further declare that I am a current holder, and have been a holder, of Ocugen, Inc. common stock at all relevant times.

MELISSA VOTER